B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MHG Casa Madrona Hotel, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**20-2599890** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**8370 W. Flagler Street**<br>**Miami, FL 33144-2078**<br><br>ZIP CODE **33144-2078** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **801 Broadway**<br>**Sausalito, CA 94965** | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| [ ] | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Debts

| [ ] | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **MHG Casa Madrona Hotel, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)      Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box)*

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____ <br>
(Name of landlord that obtained judgment)

_____ <br>
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))..

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**MHG Casa Madrona Hotel, LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br>_____<br>Telephone Number (If not represented by attorney)<br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br>X _____<br>Signature of Foreign Representative<br>_____<br>Printed Name of Foreign Representative<br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X */s/ Tracy Green*<br>Signature of Attorney for Debtor(s)<br>**Tracy Green, Bar No. 114876**<br>Printed Name of Attorney for Debtor(s)<br>**Wendel, Rosen, Black & Dean LLP**<br>Firm Name<br>**1111 Broadway, 24th Floor**<br>**Oakland, CA 94607**<br>Address<br>**tgreen@wendel.com**<br>**(510) 834-6600 Fax:(510) 834-1928**<br>Telephone Number<br>**August 10, 2009**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br>_____<br>Address<br>X _____<br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)** | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X */s/ Guy Mitchell*<br>Signature of Authorized Individual<br>**Guy Mitchell**<br>Printed Name of Authorized Individual<br>**President, MHG Casa Madrona Hotel, LLC**<br>Title of Authorized Individual<br>**August 10, 2009**<br>Date | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re  **MHG Casa Madrona Hotel, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AIU Holdings<br>22427 Network Place<br>Chicago, IL 60673 | AIU Holdings<br>22427 Network Place<br>Chicago, IL 60673 | | | 28,065.00 |
| American International Companies<br>22427 Network Place<br>Chicago, IL 60673 | American International Companies<br>22427 Network Place<br>Chicago, IL 60673 | | | 5,012.00 |
| Bay City Refuse Service<br>PO Box 277<br>El Cerrito, CA 94530 | Bay City Refuse Service<br>PO Box 277<br>El Cerrito, CA 94530 | | | 3,947.06 |
| City of Sausalito<br>420 Litho Street<br>Sausalito, CA 94965 | City of Sausalito<br>420 Litho Street<br>Sausalito, CA 94965 | | | 170,825.64 |
| Copy Pro<br>833 Market Street Suite 527<br>San Francisco, CA 94103 | Copy Pro<br>833 Market Street Suite 527<br>San Francisco, CA 94103 | | | 5,060.82 |
| Fishman Supply Co<br>PO Box 750279<br>Petaluma, CA 94975 | Fishman Supply Co<br>PO Box 750279<br>Petaluma, CA 94975 | | | 4,861.65 |
| Gardere Wynne Sewell LLP<br>1601 Elm Street Suite 3000<br>Dallas, TX 75201 | Gardere Wynne Sewell LLP<br>1601 Elm Street Suite 3000<br>Dallas, TX 75201 | | | 4,130.00 |
| Home Depot Credit Services<br>PO Box 6029<br>The Lakes, NV 88901 | Home Depot Credit Services<br>PO Box 6029<br>The Lakes, NV 88901 | | | 6,021.54 |
| Jonhson Controls<br>PO Box 730068<br>Dallas, TX 75373 | Jonhson Controls<br>PO Box 730068<br>Dallas, TX 75373 | | | 1,433.10 |
| Konica Minolta Business SOL<br>PO Box 550599<br>Jacksonville, FL 32255 | Konica Minolta Business SOL<br>PO Box 550599<br>Jacksonville, FL 32255 | | | 2,411.81 |
| Lato Supply Corporation<br>PO Box 14830<br>Phoenix, AZ 85063 | Lato Supply Corporation<br>PO Box 14830<br>Phoenix, AZ 85063 | | | 5,362.32 |
| Merchant Services<br>PO Box 9599<br>Knoxville, TN 37940 | Merchant Services<br>PO Box 9599<br>Knoxville, TN 37940 | | | 2,955.54 |

B4 (Official Form 4) (12/07) - Cont.

In re  **MHG Casa Madrona Hotel, LLC**  
　　　　　　　Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Pitney Bowes**<br>2225 American Drive<br>Neenah, WI 54956 | **Pitney Bowes**<br>2225 American Drive<br>Neenah, WI 54956 | | | 3,567.93 |
| **Prestige Media**<br>14 Berwick Road<br>Palm Beach Gardens, FL 33418 | **Prestige Media**<br>14 Berwick Road<br>Palm Beach Gardens, FL 33418 | | | 3,000.00 |
| **Smith Travel Research, Inc.**<br>735 E. Main Street<br>Hendersonville, TN 37075 | **Smith Travel Research, Inc.**<br>735 E. Main Street<br>Hendersonville, TN 37075 | | | 2,600.00 |
| **Talents Plus Inc**<br>One Talent Plus Way<br>Lincoln, NE 68506 | **Talents Plus Inc**<br>One Talent Plus Way<br>Lincoln, NE 68506 | | | 2,105.74 |
| **The West Paces Hotel Group, LLC**<br>3384 Peachtree Rd Suite 375<br>Atlanta, GA 30326 | **The West Paces Hotel Group, LLC**<br>3384 Peachtree Rd Suite 375<br>Atlanta, GA 30326 | | | 16,781.14 |
| **Tomas B Zeisel**<br>PO Box 14343<br>Charleston, sc 29422 | **Tomas B Zeisel**<br>PO Box 14343<br>Charleston, sc 29422 | | | 3,750.00 |
| **United Health Care**<br>22703 Network Place<br>Chicago, IL 60673 | **United Health Care**<br>22703 Network Place<br>Chicago, IL 60673 | | | 7,885.32 |
| **Virtual Agent Services, Inc**<br>1920 N Thoreau Drive<br>Schaumburg, IL 60173 | **Virtual Agent Services, Inc**<br>1920 N Thoreau Drive<br>Schaumburg, IL 60173 | | | 6,088.42 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 10, 2009**　　　　　Signature  */s/ Guy Mitchell*  
　　　　　　　　　　　　　　　　　　　　**Guy Mitchell**  
　　　　　　　　　　　　　　　　　　　　**President, MHG Casa Madrone Hotel, LLC**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037　　　　Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re **MHG Casa Madrona Hotel, LLC**

Debtor(s)

Case No.

Chapter **11**

# CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of __6__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **August 10, 2009**

*/s/ Tracy Green*
Signature of Attorney
**Tracy Green, Bar No. 114876
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607
(510) 834-6600   Fax: (510) 834-1928**

Aaero Heating & Seat Metal, Inc.
860 Sweetser Ave
Novato, CA 94945


ADP Inc
2575 Westside Pkwy Ste 500
Alpharetta, GA 30004


AIU Holdings
22427 Network Place
Chicago, IL 60673


Alondra's Flower & Party Supply
536 Alameda Del Prada
Novata, CA 94949


American International Companies
22427 Network Place
Chicago, IL 60673


AT&T Mobility
PO Box 515188
Los Angeles, CA 90051


Bay City Refuse Service
PO Box 277
El Cerrito, CA 94530


Capitol Limousine
667 43rd Ave
San Francisco, CA 94121

Certus Claims Administration, LLC
PO Box 1030
Camarillo, CA 93011


City of Sausalito
420 Litho Street
Sausalito, CA 94965


Colonial Life
PO Box 1365
Columbia, SC 29202


Copy Pro
833 Market Street Suite 527
San Francisco, CA 94103


Corporate Express
PO Box 95708
Chicago, IL 60694


Ecolab Inc.
PO Box 6007
Grand Forks, ND 58206


Experian, Business Information Services
475 Anton Boulevard
Costa Mesa, CA 92626


FDIC
c/o John Hansen
Nossaman LLP
50 California Street, 34th Floor
San Francisco, CA 94111

FedEx Office
PO Box 672085
Dallas, TX 75267


FedEx Office
PO Box 7221
Pasadena, CA 91109


Fishman Supply Co
PO Box 750279
Petaluma, CA 94975


Frontier Services
2175 Stanley Hills Drive
Los Angeles, CA 90046


Gardere Wynne Sewell LLP
1601 Elm Street Suite 3000
Dallas, TX 75201


Hanson Bridgett LLP
425 Market St., 26th Floor
San Francisco, CA 94105


HK Payroll Services Co
2345 JFK Road
PO Box 699
Dubuque, IA 52004-0699


Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901

Interactive Suites
14988 N. 78th Way, Suite 220
Scottsdale, AZ 85260


Jonhson Controls
PO Box 730068
Dallas, TX 75373


Konica Minolta Business SOL
PO Box 550599
Jacksonville, FL 32255


Lato Supply Corporation
PO Box 14830
Phoenix, AZ 85063


Le Belge Chevrolet
761 Skyway Court
Napa, CA 94558


Merchant Services
PO Box 9599
Knoxville, TN 37940


Office Deport Credit Plan
PO Box 689020
Des Moines, IA 50368


Pitney Bowes
2225 American Drive
Neenah, WI 54956

Prestige Media
14 Berwick Road
Palm Beach Gardens, FL 33418


Prudential Insurance Company of America
PO Box 945999
Atlanta, GA 30394


SESAC, Inc.
PO Box 9000013
Raleigh, NC 27675


Smith Travel Research, Inc.
735 E. Main Street
Hendersonville, TN 37075


Sun Life Financial
PO Box 6168 2100 A Corporate Dr
Addison, IL 60101


Talents Plus Inc
One Talent Plus Way
Lincoln, NE 68506


The West Paces Hotel Group, LLC
3384 Peachtree Rd Suite 375
Atlanta, GA 30326


Tomas B Zeisel
PO Box 14343
Charleston, sc 29422

Transamerica Retirement Services
150 South Olive
Los Angeles, CA 90015


Tufts Communication
1201 E. 5th Street, Suite 1009
Anderson, IN 46012


Unisource
File 57006
Los Angeles, CA 90074


United Health Care
22703 Network Place
Chicago, IL 60673


Virtual Agent Services, Inc
1920 N Thoreau Drive
Schaumburg, IL 60173