John T. Hansen (CA34639)
jhansen@nossaman.com
James H. Vorhis (CA245034)
jvorhis@nossaman.com
Nossaman LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for Integrity Bank

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MHG CASA MADRONA HOTEL, LLC,<br><br>Debtor, | Case No: 09-12536<br><br>**DECLARATION OF KYLE GREEN IN SUPPORT OF MOTION TO EXCUSE RECEIVER FROM COMPLIANCE WITH BANKRUPTCY CODE SECTION 543(B)(1)**<br><br>Date: October 2, 2009<br>Time: 10:00 a.m. |

DECLARATION OF KYLE GREEN IN SUPPORT OF MOTION TO EXCUSE RECEIVER FROM COMPLIANCE
WITH BANKRUPTCY CODE SECTION 543(B)(1)

I, Kyle Green declare:

1.    I am currently sole member of Hospitality Receiver, LLC, a hotel management services company that acts as receiver for hotels. The matters stated in this declaration are known to me of my own personal knowledge, except as to matters stated on information and belief, which I believe to be true.

2.    I was appointed as the receiver for Casa Madrona Hotel and Spa ("Casa Madrona") by the United States District Court, Northern District of California, on April 30, 2009. A true and correct copy of the District Court's order appointing me as receiver for Casa Madrona is attached hereto as FDIC Exhibit 5.

2.    Hospitality Receiver, LLC has extensive experience acting as receiver for hotels. Attached to this Declaration as FDIC Exhibit 6 is a true and correct copy of Hospitality Receiver, LLC's list of qualifications to serve as receiver, including a list of courts that have appointed Hospitality Receiver, LLC and/or its affiliates as receiver. I personally have extensive experience acting as receiver for hotels, having been appointed receiver 23 times in 11 states.

4.    To better understand the operations of the hotel and determine the cause of the significant financial deficiencies that existed when I was appointed receiver, I thoroughly reviewed the bank statements of debtor MHG Casa Madrona, LLC for 2008 and 2009. During my review, I noticed a number of debits between the months of December 2008 and February 2009 that were not attributable to hotel operations, including payments made to Mitchell Enterprise Group, LLC, American Express, and Mellon Bank/Merrill Lynch. The American Express and Mellon Bank/Merrill Lynch accounts are not accounts related to the operation of the Casa Madrona Hotel. In total, it appears that over $405,000 was withdrawn from the hotel's bank account to pay for items unrelated to Casa Madrona's operations. True and correct copies of MHG Casa Madrona, LLC's Wells Fargo bank statements for the months of December 2008 through February 2009 with account information redacted and the questionable transactions circled are attached hereto as FDIC Exhibit 7.

240065_1.DOC       2       Case No. 09-12536

DECLARATION OF KYLE GREEN IN SUPPORT OF MOTION TO EXCUSE RECEIVER FROM COMPLIANCE WITH BANKRUPTCY CODE SECTION 543(B)(1)

Case: 09-12536    Doc# 11    Filed: 08/14/09    Entered: 08/14/09 15:31:05    Page 2 of 28

5.　　At the same time that hotel funds were apparently used to pay for Mr. Mitchell's personal expenses, the hotel failed to pay transient occupancy taxes ("TOT taxes"), city taxes and parking lease payments it owed to the City of Sausalito, and property taxes it owed to the County of Marin.　Since being appointed as receiver, I, in conjunction with the Federal Deposit Insurance Corporation, ultimately settled and cured the various tax debts and began remitting TOT taxes on a weekly basis.　I have grave concerns that if the debtor is given possession of Casa Madrona, the hotel will be mismanaged and hotel funds will again be used for improper purposes.

I declare under penalty of perjury under the laws of the state of Texas that the foregoing is true and correct to the best of my knowledge, except as to matters stated on information and belief, which I believe to be true.

Executed on August 13, 2009, at Dallas, Texas.

_____
Kyle Green

SF_IMAN_240065_1.DOC　　　　　3　　　　　Case No. 09-12536

DECLARATION OF KYLE GREEN IN SUPPORT OF MOTION TO EXCUSE RECEIVER FROM COMPLIANCE WITH BANKRUPTCY CODE SECTION 543(B)(1)

Case: 09-12536　　Doc# 11　　Filed: 08/14/09　　Entered: 08/14/09 15:31:05　　Page 3 of 28

1 | Nossaman LLP
John T. Hansen (CA34639)
2 | jhansen@nossaman.com
50 California Street, 34th Floor
3 | San Francisco, CA 94111
Telephone: 415.398.3600
4 | Facsimile: 415.398.2438

5

6 | Attorneys for FEDERAL DEPOSIT INSURANCE
CORPORATION, as receiver of Integrity Bank,
7 | a Georgia Banking Corporation, Plaintiff

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

12

13 | FEDERAL DEPOSIT INSURANCE
CORPORATION, as receiver of Integrity
14 | Bank, a Georgia Banking Corporation,

Case No:   CV 09-1895 PJH

15 |          Plaintiff,

16 |     vs.

**[PROPOSED] ORDER
CONFIRMING APPOINTMENT OF
RECEIVER AND GRANTING
PRELIMINARY INJUNCTION**

17 | MHG CASA MADRONA  HOTEL, LLC, a
Georgia Limited Liability Company,

18

19 |        Defendant.

20

21 |     The motion of the plaintiff for an order confirming the appointment of the receiver and

22 | for a preliminary injunction came on before the undersigned on order to show cause on June 3,

23 | 2009.  John T. Hansen, Nossaman, LLP, appeared for the plaintiff.  There were no other

24 | appearances.  The Court finds, based on the declaration of John T. Hansen, that adequate

25 | notice of the order to show cause hearing was provided to defendant and that known creditors

26 | of the defendant were also served with notice.  The Court further finds that Kyle Green, the

27 | receiver appointed by the court, has qualified to serve as receiver by filing his bond and oath of

28 | office. The Court received no opposition to the motion.

237563_1.DOC                    1
ORDER CONFIRMING APPOINTMENT OF RECEIVER AND GRANTING PRELIMINARY INJUNCTION

1    Wherefore, good cause having been shown,

2        IT IS ORDERED that the appointment of Kyle Green as the receiver of the real and

3    personal property of the defendant is confirmed.

4        IT IS FURTHER ORDERED that the Temporary Restraining Order in Aid of Receiver

5    entered herein on May 1, 2009, shall be deemed a preliminary injunction pursuant to Rule

6    65(a), F. R. Civ. P.

7

8    Dated:_____06/11/09_____



Hon. Phyllis J. Hamilton
United States District Court
Judge Phyllis J. Hamilton

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

ORDER CONFIRMING APPOINTMENT OF RECEIVER AND GRANTING PRELIMINARY INJUNCTION

# Hospitality Receiver, LLC

Hospitality Receiver, LLC is a single purpose entity formed solely for the purpose of acting as Receiver for hotels across the United States. Hospitality Receiver, LLC is an affiliate of Prism Hotels & Resorts and Prism Hospitality, LP. Hospitality Receiver, LLC, Prism Hospitality, LP or one of its partners as individual was appointed as receiver in the following cases:

<u>State of Alabama</u>
- United States District Court for the Northern District of Alabama – Case No.: 08-S-1902-NW
- Circuit Court of Houston County, Alabama – Civil Action CV08-5051 (Days Inn Dothan, AL)
- Circuit Court of Houston County, Alabama – Civil Action CV08-5051 (Quality Inn Dothan, AL)

<u>State of Alaska</u>
- United States District Court for the District of Alaska – Case A-020249CV (RRB)

<u>State of Arizona</u>
- Superior Court of the State of Arizona in and for the County of Maricopa – Case No. CV2002-000863

<u>State of Colorado</u>
- District and County Courts – El Paso County, State of Colorado, Division 2 – Case Number 01 CV 2430
- District Court, County of Jefferson, State of Colorado – Case No. 02CV0382
- District Court, City and County of Denver, State of Colorado – Case No. 01CV6367

<u>State of Florida</u>
- Circuit Court of the Ninth Judicial District, Orange County, Florida – Case No.: CIO-01-4668
- Circuit Court of the First Judicial Circuit of Florida – Santa Rosa County Civil Division – Case No. 2001-343-CA01
- Circuit Court of the 9th Judicial Circuit in and for Osceola County, State of Florida – Case No. CI02MF-1695
- State of Florida, Circuit Court of the 9th Judicial Circuit in and for Osceola County – Case No. C101MF1079
- Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida – Case No. CI0-02-1116
- Circuit Court of the 7th Judicial Court in and for Volusia County, Florida – Case No. 2002-32268-44
- Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida – Case No.: 03-CA-007260

13760 Noel Rd., Suite 610, Dallas, TX 75240      214-987-9800 main    214-987-9301 fax

FDIC 6

# Hospitality Receiver, LLC

- o Circuit Court of the Tenth Judicial Circuit in and for Polk County, FL – Case No. 53-2008CA-011386-000-00
- o Circuit Court of the First Judicial Circuit in and for Escambia County, FL – Case no. 2008 CA 003745
- o Circuit Court of the First Judicial Circuit in and for Escambia County, FL – Case no. 2008 CA 003746

<u>State of Georgia</u>
- o Superior Court of Cobb County State of Georgia, File No. 08-1-10759-49 (Super 8 Augusta, GA)
- o Superior Court of Cobb County State of Georgia, File No. 08-1-10759-49 (Clarion Brunswick, GA)
- o Superior Court of Bibb County, State of Georgia – Case No.: 08-CV-50052

<u>State of Illinois</u>
- o Circuit Court of the Nineteenth Judicial Circuit6, Lake County, Illinois, Case Number 04-CH-742

<u>State of Iowa</u>
- o District Court In and For Linn County, Iowa - Equity Number EQCV 63063

<u>State of Indiana</u>
- o Marion Superior Court, County of Marion, State of Indiana – Cause Number 49D05-0604-MF-014256

<u>State of Kentucky</u>
- o Jefferson Circuit Court Division 5 – File No 08-CI-12308

<u>State of Louisiana</u>
- o United States District Court, Eastern District of Louisiana for Appointment of Keeper – Civil Action No.: 02-1693, Judge: Sec.I Mag. 4
- o 24th Judicial District Court, Parish of Jefferson, State of Louisiana, Suite No. 612-737, Div. "L"

<u>State of Massachusetts</u>
- o Hampden County Superior Court, Court File No. CA 081186

<u>State of Michigan</u>
- o State of Minnesota, County of Crow Wing, District Court, Ninth Judicial District – Court File No C8-99-1264

<u>State of Minnesota</u>
- o State of Michigan, in the Eaton County Circuit Court – Case No 08-1247-CK

<u>State of Missouri</u>
- o Circuit Court of St. Charles County Missouri at St. Charles – Case No. 03-CV-125196 (as REMIC's appointee)

13760 Noel Rd., Suite 610, Dallas, TX 75240       214-987-9800 main    214-987-9301 fax

# Hospitality Receiver, LLC

State of Nevada
o   Second Judicial District Court of the State of Nevada, County of
    Washoe, Case Number CV03-02764

State of North Carolina
o   General Court of Justice, Superior Court Division, State of North
    Carolina, County of Mecklenburg – Case No. 02-CVS-17714
o   General Court of Justice, Superior Court Division, in the State of
    North Carolina, County of Moore, Case No. 02-CVS-1574
o   General Court of Justice, Superior Court Division, in the State of
    North Carolina, County of Guilford, Case No. 03-CVS-2428
o   General Court of Justice, Superior Court Division, in the State of
    North Carolina, County of Mecklenburg, Case No. 04-CVS-5965

State of Oklahoma
o   District Court of Oklahoma County, State of Oklahoma – Court
    Case No. CJ-2002-4691
o   District Court of Oklahoma County, State of Oklahoma – Court File
    No.  CJ-2001-1628

State of Oregon
o   Circuit Court in the State of Oregon for the County of Washington –
    Case No. C023243CV

State of Pennsylvania
o   United States District Court for the Eastern District of
    Pennsylvania – Civil Action No 08-05504 (Holiday Inn Pittsburgh,
    PA)
o   United States District Court for the Eastern District of
    Pennsylvania – Civil Action No 08-05504 (Holiday Inn Lancaster,
    PA)
o   United States District Court for the Eastern District of
    Pennsylvania – Civil Action No 08-05504 (Studio Lodge York, PA)

State of South Carolina
o   The Court of Common Pleas for the Sixteenth Judicial Circuit,
    County of York – Civil Action No.: 2003-CP-46-1263
o   The Court of Common Pleas for the Sixteenth Judicial Circuit,
    County of York – Civil Action No.: 2003-CP-46-1264
o   The Court of Common Pleas – Court File No.: 08-CP-10-6670

State of Texas
o   District Court, 11th Judicial District, Harris County, Texas – Court
    File No. 2000-47332
o   District Court of Lubbock County, Texas – 72nd Judicial District
    Court - Court File No. 2001-513,869

o   District Court, 162nd Judicial District, Dallas County, Texas – Case
    No. 03-2298
o   District Court of Travis County, Texas, 126th Judicial District –
    Case No. GH500144

13760 Noel Rd., Suite 610, Dallas, TX 75240        214-987-9800 main   214-987-9301 fax

# Hospitality Receiver, LLC

- District Court, 44th Judicial District Court, Dallas County, State of Texas – Cause No. 00-10190-B (Homegate El Paso)
- District Court, 44th Judicial District Court, Dallas County, State of Texas – Cause No. 00-10190-B (Homegate Irving)
- District Court, 44th Judicial District Court, Dallas County, State of Texas – Cause No. 00-10190-B (Homegate San Antonio Airport)
- District Court, 44th Judicial District Court, Dallas County, State of Texas – Cause No. 00-10190-B (Homegate San Antonio Fiesta)
- District Court, 44th Judicial District Court, Dallas County, State of Texas – Cause No. 00-10190-B (Homegate Amarillo)
- District Court, 26th Judicial District, Travis County, State of Texas – Cause No. GH500144

### State of Utah
- District Court, 2nd Judicial District, Davis County, State of Utah – Case No. 010700167

Prism or one of its partners as individual assisted in the following receivership cases:

### State of North Carolina
- General Court of Justice, Superior Court Division, State of North Carolina, County of Hartnett – Cause No. 00-CVS-2124
- General Court of the Superior Court Division, State of North Carolina, County of Mecklenburg – Case No. 01-CVS-4348

### State of South Carolina
- Court of Common Please, State of South Carolina, County of Greenville – Case No. 01-CP-23-235

### State of Wyoming
- District Court, Fifth Judicial District, County of Park, State of Wyoming – Civil No. 24117

WELLS FARGO BANK, N.A.
P.O. BOX 6995
PORTLAND, OR 97228-6995

Account Number:
Statement Start Date:        02/01/09
Statement End Date:          02/28/09


MHG CASA MADRONA, LLC
801 BRIDGEWAY
SAUSALITO CA 94965-2186


For Customer Assistance:
Call 800-225-5935 (1-800-CALL-WELLS).

---

| Account Number | Beginning Balance | Ending Balance |
|---|---|---|
| Choice IV Commercial Checking | | |
| | 75,181.50 | 2.05 |

---

Continued on next page

FDIC 7

MHG CASA MADRONA, LLC

----------------------------------------------------------------------------
**News from Wells Fargo**

Effective April 1, 2009, the following account fees and miscellaneous fees
associated with your account are changing.
Client Analysis Statement Duplicate $5.00
Client Analysis Statement Paper $1.00 - ACH Received Item $0.10
DDA Statement With Image Premium - Item >75 images $0.06
DDA Statement With Image Classic - Item > 75 images $0.03
DDA Statement With Image Premium - Monthly Base $4.00
DDA Statement WIth Image Classic - Monthly Base $2.00
Encoded Checks - Excess Rejects $0.50 - Encoded Checks - On Us $0.06
Encoded Checks - Regional $0.08 - Encoded Checks - Transit $0.09
Encoded Checks - Local Clearing $0.07
DDA Serial Sort - Item $0.07 - DDA Serial Sort - Monthly Base $30.00
Incoming Auto/Oil/Gas $15.00 - DDA Statement - Special Instruction $7.50
Information Request Fax Delivery - Page $7.00
DDA Statement - Frequent Cycle $7.50 - Deposited Check Foreign $5.00
Foreign Drafts $20.00 - Foreign Drafts - Stop Payment $75.00
Foreign Checks Returned $15.00 - International Collection Charge $55.00
Return Item - Chargeback $7.00 - Return Item Special Instructions $0.25
Return Item Redeposited $4.00 - Return Item Phone Notification $7.00
Return Item Special Instr Monthly Base $10.00
Return Item With Maker Name $0.25
Return Item Buyback $6.00 - Return Item Duplicate Advice $5.00
Return Item Manual Fax Per Item $5.00 - Rtrn Item Fax Mnthly Base $90.00
Return Item Img Advice Fax $5.00 - Rtrn Item Image Fax Per 2 Sided $5.00
Rolled Coin Ordr - Branch $0.15 - Currency Ordr/$1 - Branch $0.0013
Change Order Charge - Branch $1.25 - Coin Deposited Half Bag $4.00
Coin Deposited Full Bags $4.00 - Coin Dpst Partial/Mixed Bags $7.50
Wire Out Repair Surcharge $2.00 - Wire In Repair Surcharge $3.00
Wire Outgoing Domestic - Branch $30.00 - Wire Investigation $55.00
Wire Outgoing Foreign Exchange - Branch $35.00
Wire Outgoing Foreign Exchange - Voice Rep $30.00
Wire Outgoing Foreign Exchange - Auto Standing $15.00
Wire Outgoing Foreign Exchange - Voice Nonrep $35.00
Wire Infofax/Email Report Monthly Base $20.00
Wire Notifi Infofax/Eml $5.00 - Wire Outgng Dom - Auto Standing $15.00
Wire Outgoing Domestic - Voice Repetitive $25.00
Wire Outgoing Domestic - Voice Nonrepetitive $30.00
Wire Book Transfer - Voice Repetitive $15.00
Wire Book Transfer - Voice Nonrepetitive $20.00
Wire In Domestic $11.00 - Wire In Phone Advice $35.00
Wire Monthly Base $6.00 - Wire Verify Call Back $12.00
Wire Template Storage Monthly Base $0.30
Wire Outgoing Intl US Currency - Voice Nonrepetitive $45.00
Wire Outgoing Intl US Currency - Voice Repetitive $40.00
Wire Outgoing Intl US Currency - Auto Standing $20.00
Wire Book Transfer - Auto Standing $10.00
Wire Outgoing Intl US Currency - Branch $45.00
Wire Book Transfer - Branch $29.00
WellsTAX Access Code Mnthly Base $3.00 * - WellsTax Payment $2.75 *
WellsTAX Qurtr Stmt $10.00 (opional service)
WellsTAX Receipt $2.25 (optional service)
WellsTAX Access Code Set Up $10.00 *
* These fees apply to customers using the phone and PC software WellsTax
service only. These fees do not apply to customers using the WellsTax service
through      Wells Fargo Business Online to initiate tax payments.
For questions, please contact your Wells Fargo banker, or call the phone number
on your Statement to speak with a phone banker 24 hours a day, 7 days a week.
We appreciate your business and look forward to continuing to serve you.

----------------------------------------------------------------------------
Continued on next page

Case: 09-12536   Doc# 11   Filed: 08/14/09   Entered: 08/14/09 15:31:05   Page 11 of
28

MHG CASA MADRONA, LLC

--------------------------------------------------------------------

**Credits**
  Deposits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Feb 11 | 15,653.09 | Deposit |
| | Feb 20 | 8,977.78 | Deposit |
| | | 24,630.87 | Total Deposits |

Electronic Deposits/ Bank Credits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Feb 02 | 2,758.98 | American Express Settlement 090131 1040966301 Mhg Casa MAD1040966301 |
| | Feb 02 | 2,364.80 | American Express Settlement 090202 1040966301 Mhg Casa MAD1040966301 |
| | Feb 03 | 6,119.31 | Electronic Datdc Rmbcs 090131 8002579335 Casa Madrona Hotel |
| | Feb 03 | 2,698.86 | Electronic Datdc Rmbcs 090130 8002579335 Casa Madrona Hotel |
| | Feb 03 | 2,138.36 | Electronic Datdc Rmbcs 090201 8002579335 Casa Madrona Hotel |
| | Feb 03 | 2,084.00 | American Express Settlement 090203 1040966301 Mhg Casa MAD1040966301 |
| | Feb 04 | 3,937.74 | Electronic Datdc Rmbcs 090202 8002579335 Casa Madrona Hotel |
| | Feb 04 | 1,564.55 | American Express Settlement 090204 1040966301 Mhg Casa MAD1040966301 |
| | Feb 05 | 2,312.16 | Electronic Datdc Rmbcs 090203 8002579335 Casa Madrona Hotel |
| | Feb 05 | 484.49 | American Express Settlement 090205 1040966301 Mhg Casa MAD1040966301 |
| | Feb 06 | 8,408.22 | Electronic Datdc Rmbcs 090204 8002579335 Casa Madrona Hotel |
| | Feb 06 | 3,398.28 | Electronic Datdc Rmbcs 090205 8002579335 Casa Madrona Hotel |
| | Feb 06 | 534.85 | American Express Settlement 090206 1040966301 Mhg Casa MAD1040966301 |
| | Feb 09 | 5,881.98 | American Express Settlement 090207 1040966301 Mhg Casa MAD1040966301 |
| | Feb 09 | 4,360.95 | Electronic Datdc Rmbcs 090206 8002579335 Casa Madrona Hotel |
| | Feb 09 | 1,192.32 | American Express Settlement 090209 1040966301 Mhg Casa MAD1040966301 |
| | Feb 10 | 7,898.96 | Electronic Datdc Rmbcs 090207 8002579335 Casa Madrona Hotel |
| | Feb 10 | 3,223.95 | Electronic Datdc Rmbcs 090208 8002579335 Casa Madrona Hotel |
| | Feb 10 | 2,418.54 | Electronic Datdc Rmbcs 090209 8002579335 Casa Madrona Hotel |
| | Feb 10 | 1,267.52 | American Express Settlement 090210 1040966301 Mhg Casa MAD1040966301 |

--------------------------------------------------------------------

Continued on next page

MHG CASA MADRONA, LLC

Electronic Deposits/ Bank Credits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Feb 11 | 18,267.99 | American Express Settlement 090211 1040966301 Mhg Casa MAD1040966301 |
| | Feb 11 | 273.28 | Electronic Datdc Rmbcs 090210 8002579335 Casa Madrona Hotel |
| | Feb 12 | 5,552.07 | Electronic Datdc Rmbcs 090211 8002579335 Casa Madrona Hotel |
| | Feb 12 | 119.67 | American Express Settlement 090212 1040966301 Mhg Casa MAD1040966301 |
| | Feb 13 | 2,528.78 | Electronic Datdc Rmbcs 090212 8002579335 Casa Madrona Hotel |
| | Feb 13 | 2,331.07 | American Express Settlement 090213 1040966301 Mhg Casa MAD1040966301 |
| | Feb 13 | 225.00 | Arcs Charge Baac Rmbcs 090211 8002579335 Casa Madrona Hotel |
| | Feb 17 | 4,235.37 | American Express Settlement 090216 1040966301 Mhg Casa MAD1040966301 |
| | Feb 17 | 2,491.88 | American Express Settlement 090214 1040966301 Mhg Casa MAD1040966301 |
| | Feb 17 | 2,324.35 | Electronic Datdc Rmbcs 090213 8002579335 Casa Madrona Hotel |
| | Feb 17 | 1,062.86 | American Express Settlement 090217 1040966301 Mhg Casa MAD1040966301 |
| | Feb 18 | 6,848.02 | Electronic Datdc Rmbcs 090215 8002579335 Casa Madrona Hotel |
| | Feb 18 | 6,096.27 | Electronic Datdc Rmbcs 090216 8002579335 Casa Madrona Hotel |
| | Feb 18 | 5,954.43 | Electronic Datdc Rmbcs 090217 8002579335 Casa Madrona Hotel |
| | Feb 18 | 3,284.14 | Electronic Datdc Rmbcs 090214 8002579335 Casa Madrona Hotel |
| | Feb 18 | 857.77 | American Express Settlement 090218 1040966301 Mhg Casa MAD1040966301 |
| | Feb 19 | 437.11 | American Express Settlement 090219 1040966301 Mhg Casa MAD1040966301 |
| | Feb 20 | 7,010.81 | Electronic Datdc Rmbcs 090219 8002579335 Casa Madrona Hotel |
| | Feb 20 | 5,011.29 | Electronic Datdc Rmbcs 090218 8002579335 Casa Madrona Hotel |
| | Feb 20 | 67.80 | American Express Settlement 090220 1040966301 Mhg Casa MAD1040966301 |
| | Feb 23 | 3,350.30 | American Express Settlement 090223 1040966301 Mhg Casa MAD1040966301 |
| | Feb 23 | 276.56 | American Express Settlement 090221 1040966301 Mhg Casa MAD1040966301 |
| | Feb 24 | 4,439.59 | Electronic Datdc Rmbcs 090221 8002579335 Casa Madrona Hotel |
| | Feb 24 | 4,438.50 | Electronic Datdc Rmbcs 090222 8002579335 Casa Madrona Hotel |
| | Feb 24 | 4,268.56 | Electronic Datdc Rmbcs 090223 8002579335 Casa Madrona Hotel |

------------------------------------------------------------------

Continued on next page

MHG CASA MADRONA, LLC

Electronic Deposits/ Bank Credits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Feb 24 | 3,067.48 | Electronic Datdc Rmbcs 090220 8002579335 Casa Madrona Hotel |
| | Feb 24 | 1,837.46 | American Express Settlement 090224 1040966301 Mhg Casa MAD1040966301 |
| | Feb 25 | 528.32 | American Express Settlement 090225 1040966301 Mhg Casa MAD1040966301 |
| | Feb 26 | 6,320.35 | Electronic Datdc Rmbcs 090225 8002579335 Casa Madrona Hotel |
| | Feb 26 | 2,272.50 | Electronic Datdc Rmbcs 090224 8002579335 Casa Madrona Hotel |
| | Feb 26 | 1,226.28 | American Express Settlement 090226 1040966301 Mhg Casa MAD1040966301 |
| | Feb 27 | 4,846.51 | Electronic Datdc Rmbcs 090226 8002579335 Casa Madrona Hotel |
| | Feb 27 | 881.82 | American Express Settlement 090227 1040966301 Mhg Casa MAD1040966301 |
| | | 177,783.01 | Total Electronic Deposits/ Bank Credits |
| | | 202,413.88 | Total Credits |

**Debits**

Electronic Debits/ Bank Debits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Feb 02 | 225.00 | Arcs Charge Baac Rmbcs 090129 8002579335 Casa Madrona Hotel |
| | Feb 02 | 199.48 | Adp Payroll Fees Adp - Fees 090202 4Atjl 0355503 Casa Madrona |
| | Feb 03 | 3,607.11 | Merch Dir Billbf Rmbcs 090131 8002579335 Casa Madrona Hotel |
| | Feb 05 | 2,198.51 | American Express Axp Discnt 090205 1040966301 Mhg Casa MAD1040966301 |
| | Feb 06 | 191.60 | Adp Payroll Fees Adp - Fees 090206 102Vw 1546883 Wphg Casa Madrona Hr |
| | Feb 11 | 821.54 | Adp Tx/Fincl Svc Adp - Tax 090211 152Vw 3492248Vv Wphg Casa Madrona Huma |
| | Feb 12 | 30,000.00 | WT Fed#00972 City Natl Bk Flori /Ftr/Bnf=mitchell Enterprise Group, llc Srf# FW0054004388822 Trn#090212068205 Rfb# |
| | Feb 12 | 1,481.96 | American Express Chgbck/Adj 090212 1040966301 Mhg Casa MAD1040966301 |
| | Feb 17 | 17,609.00 | WT Fed#03625 Mellon United Nati /Ftr/Bnf=kluger, Perez, kaplan and Berlin Srf# FW0054004823942 Trn#090217114188 Rfb# |

Continued on next page

Case: 09-12536    Doc# 11    Filed: 08/14/09    Entered: 08/14/09 15:31:05    Page 14 of 28

MHG CASA MADRONA, LLC

Electronic Debits/ Bank Debits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Feb 17 | 9,200.00 | Withdrawal Made In A Branch/Store |
| | Feb 17 | 16,682.37 | American Express Elec Remit 090216050352706 Guy Mitchell |
| | Feb 18 | 10,000.00 | WT Fed#04828 Mellon Bank, N. A. /Ftr/Bnf=merrill lynch Srf# FW00540049095252 Trn#090218051727 Rfb# |
| | Feb 20 | 36.50 | Client Analysis Srvc Chrg 090219 Svc Chge 0109 0000098653125I7 |
| | Feb 23 | 5,000.00 | WT Fed#03909 Bank Of America, N /Ftr/Bnf=lawrence, kamin,saunders and Srf# FW00540054600872 Trn#090223049927 Rfb# |
| | Feb 26 | 22,000.00 | WT Fed#06476 City Natl Bk Flori /Ftr/Bnf=mitchell enterprise group llc. Srf# FW00540057262203 Trn#090226052775 Rfb# |
| | Feb 26 | 419.00 | Adp Payroll Fees Adp - Fees 090226 102Vw 2322980 Wphg Casa Madrona Hr |
| | Feb 27 | 25.00 | Overdraft Fee |

                                 119,697.07   Total Electronic Debits/ Bank
                                              Debits

Checks Paid

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| | Feb 10 | 1,276.93 | 14710* | Feb 03 | 339.93 |
| 2517 | Feb 23 | 3,000.00 | 14712* | Feb 23 | 332.08 |
| 13381* | Feb 27 | 1,132.96 | 14717* | Feb 02 | 273.72 |
| 13387* | Feb 27 | 647.35 | 14720* | Feb 13 | 800.00 |
| 13397* | Feb 27 | 618.10 | 14722* | Feb 12 | 5,566.00 |
| 13407* | Feb 27 | 670.25 | 14723 | Feb 09 | 500.00 |
| 13408 | Feb 27 | 581.03 | 14724 | Feb 06 | 1,054.61 |
| 13412* | Feb 27 | 551.26 | 14725 | Feb 06 | 267.03 |
| 14613* | Feb 04 | 4,829.88 | 14726 | Feb 06 | 1,000.00 |
| 14614 | Feb 04 | 140.00 | 14727 | Feb 09 | 180.73 |
| 14672* | Feb 03 | 1,826.22 | 14728 | Feb 13 | 75.57 |
| 14674* | Feb 10 | 570.87 | 14729 | Feb 13 | 4,843.55 |
| 14675 | Feb 03 | 104.95 | 14730 | Feb 13 | 122.64 |
| 14676 | Feb 03 | 18.56 | 14731 | Feb 13 | 346.30 |
| 14693* | Feb 09 | 2.40 | 14732 | Feb 13 | 4,312.11 |
| 14694 | Feb 11 | 110.62 | 14733 | Feb 13 | 175.53 |
| 14695 | Feb 12 | 329.66 | 14734 | Feb 10 | 2,048.50 |
| 14696 | Feb 06 | 1,398.48 | 14735 | Feb 09 | 7,872.68 |
| 14699* | Feb 03 | 18.03 | 14736 | Feb 06 | 5,405.00 |
| 14701* | Feb 04 | 8,152.92 | 14737 | Feb 06 | 1,398.48 |
| 14702 | Feb 03 | 7,000.00 | 14739* | Feb 09 | 392.30 |
| 14704* | Feb 05 | 6,200.00 | 14740 | Feb 09 | 1,099.07 |

----------------------------------------------------------------
Continued on next page

Case: 09-12536   Doc# 11   Filed: 08/14/09   Entered: 08/14/09 15:31:05   Page 15 of 28

MHG CASA MADRONA, LLC

## Checks Paid

| Check # | Date | Amount | Check # | Date | Amount |
|---------|------|--------|---------|------|--------|
| 14741 | Feb 17 | 916.01 | 14781 | Feb 17 | 569.07 |
| 14742 | Feb 11 | 558.63 | 14782 | Feb 17 | 1,702.24 |
| 14743 | Feb 09 | 691.20 | 14783 | Feb 19 | 507.82 |
| 14745* | Feb 09 | 1,860.63 | 14784 | Feb 18 | 278.34 |
| 14746 | Feb 09 | 1,098.10 | 14785 | Feb 18 | 470.65 |
| 14747 | Feb 10 | 1,191.73 | 14786 | Feb 17 | 357.85 |
| 14751* | Feb 10 | 2,510.76 | 14788* | Feb 18 | 490.10 |
| 14752 | Feb 12 | 135.31 | 14789 | Feb 18 | 661.10 |
| 14753 | Feb 19 | 603.40 | 14790 | Feb 23 | 538.76 |
| 14754 | Feb 27 | 416.01 | 14791 | Feb 13 | 779.33 |
| 14755 | Feb 23 | 1,510.00 | 14792 | Feb 20 | 477.58 |
| 14756 | Feb 17 | 2,006.91 | 14793 | Feb 17 | 1,023.26 |
| 14757 | Feb 23 | 1,031.95 | 14794 | Feb 18 | 424.85 |
| 14758 | Feb 20 | 1,000.00 | 14795 | Feb 13 | 677.66 |
| 14759 | Feb 18 | 1,500.00 | 14796 | Feb 17 | 685.01 |
| 14760 | Feb 20 | 2,000.00 | 14797 | Feb 13 | 1,072.50 |
| 14761 | Feb 17 | 324.00 | 14799* | Feb 18 | 952.38 |
| 14762 | Feb 17 | 1,273.16 | 14800 | Feb 13 | 709.22 |
| 14766* | Feb 20 | 220.01 | 14801 | Feb 17 | 596.11 |
| 14767 | Feb 17 | 164.56 | 14802 | Feb 13 | 789.74 |
| 14768 | Feb 20 | 168.91 | 14803 | Feb 13 | 1,106.44 |
| 14769 | Feb 18 | 753.86 | 14804 | Feb 17 | 748.23 |
| 14770 | Feb 13 | 492.79 | 14805 | Feb 13 | 507.82 |
| 14771 | Feb 17 | 909.60 | 14809* | Feb 24 | 498.78 |
| 14772 | Feb 24 | 461.13 | 14810 | Feb 24 | 819.15 |
| 14773 | Feb 18 | 1,187.00 | 14811 | Feb 27 | 1,076.50 |
| 14774 | Feb 13 | 600.76 | 14812 | Feb 23 | 779.50 |
| 14775 | Feb 18 | 2,304.13 | 14813 | Feb 24 | 1,778.30 |
| 14776 | Feb 18 | 540.87 | 14815* | Feb 23 | 1,438.25 |
| 14777 | Feb 18 | 1,187.16 | 14820* | Feb 25 | 5,320.63 |
| 14778 | Feb 20 | 567.34 | 14833* | Feb 27 | 24.17 |
| 14779 | Feb 17 | 644.45 | 14836* | Feb 27 | 62.87 |
| 14780 | Feb 20 | 539.99 | 14847* | Feb 26 | 21,015.39 |

*Gap in check sequence          157,896.26    Total Checks Paid

                              277,593.33    Total Debits

## Daily Ledger Balance Summary

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| Jan 31 | 75,181.50 | Feb 13 | 61,620.18 |
| Feb 02 | 79,607.08 | Feb 17 | 16,322.81 |
| Feb 03 | 79,732.81 | Feb 18 | 18,613.00 |
| Feb 04 | 72,112.30 | Feb 19 | 17,938.89 |
| Feb 05 | 66,510.44 | Feb 20 | 33,996.24 |
| Feb 06 | 68,136.59 | Feb 23 | 23,992.56 |
| Feb 09 | 65,874.73 | Feb 24 | 38,486.79 |
| Feb 10 | 73,084.91 | Feb 25 | 33,694.48 |
| Feb 11 | 105,788.48 | Feb 26 | 79.22 |
| Feb 12 | 73,947.29 | Feb 27 | 2.05 |

     Average Daily Ledger Balance          49,444.09

Continued on next page

Case: 09-12536   Doc# 11   Filed: 08/14/09   Entered: 08/14/09 15:31:05   Page 16 of 28

MHG CASA MADRONA, LLC

--------------------------------------------------------------------

**Effective April 1, 2009, the following account fees and miscellaneous fees associated with your account are changing:**
Cash Vault Cash Dep Night Drop Per $1 $0.0014
Cash Dep Per $1 Verify In Cash Vault T1 $0.0014
Cash Dep Per $1 Verify In Cash Vault T2 $0.0014
Cash Dep Per $1 Verify In Cash Vault T3 $0.0014
Cash Dep Per $1 Verify In Cash Vault T4 $0.0014
Deposited Checks - On Us $0.10
Deposited Checks - Regional $0.10
Deposited Checks - Transit $0.10
Deposited Checks - Local Clearing $0.10
Checks Returned With Statement - Item $0.06
DDA Checks Paid $0.15
Account Maintenance - Chexstor $15.00
Balance Inquiry Customer Service - Item $4.00
Check Inquiry Customer Service - Item $2.00
Deposit Inquiry Customer Service - Item $2.00
Photocopy Customer Service - Item $10.00
Account Maintenance With Check Rtn $20.00
Credits Posted $1.40
Electronic Credits Posted $0.10
Debits Posted $0.15
DDA Statement - Photocopy $12.00
Cash Deposited/$1 Teller Window $0.0014
Zero Balance Monthly Base $35.00

For questions, please contact your Wells Fargo banker, or call the phone number on your Statement to speak with a phone banker 24 hours a day, 7 days a week. We appreciate your business and look forward to continuing to serve you.

--------------------------------------------------------------------
**Thank you for banking with Wells Fargo.**                          Member FDIC

```
WELLS FARGO BANK, N.A.
P.O. BOX 6995
PORTLAND, OR 97228-6995
```

```
        MHG CASA MADRONA, LLC
        801 BRIDGEWAY
        SAUSALITO CA 94965-2186
```

For Customer Assistance:
Call 800-225-5935 (1-800-CALL-WELLS).

--------------------------------------------------------------------------

| Account Number | Beginning Balance | Ending Balance |
|---|---|---|
| Choice IV Commercial Checking | 10,690.25 | 75,181.50 |

--------------------------------------------------------------------------

News from Wells Fargo

--------------------------------------------------------------------------

Credits
  Deposits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Jan 05 | 6,252.18 | Deposit |

.......................................................................
| | | 6,252.18 | Total Deposits |

Electronic Deposits/ Bank Credits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Jan 02 | 3,714.40 | American Express Settlement 090102 1040966301 Mhg Casa MAD1040966301 |
| | Jan 02 | 2,294.39 | Electronic Datdc Rmbcs 081231 8002579335 Casa Madrona Hotel |
| | Jan 02 | 2,094.69 | Electronic Datdc Rmbcs 081230 8002579335 Casa Madrona Hotel |
| | Jan 02 | 153.54 | American Express Settlement 090101 1040966301 Mhg Casa MAD1040966301 |
| | Jan 05 | 6,693.35 | Electronic Datdc Rmbcs 090102 8002579335 Casa Madrona Hotel |
| | Jan 05 | 4,934.64 | American Express Settlement 090105 1040966301 Mhg Casa MAD1040966301 |
| | Jan 05 | 3,172.50 | Electronic Datdc Rmbcs 090101 8002579335 Casa Madrona Hotel |
| | Jan 06 | 12,349.59 | Electronic Datdc Rmbcs 090103 8002579335 Casa Madrona Hotel |
| | Jan 06 | 4,454.10 | Electronic Datdc Rmbcs 090105 8002579335 Casa Madrona Hotel |
| | Jan 06 | 2,167.05 | Electronic Datdc Rmbcs 090104 8002579335 Casa Madrona Hotel |
| | Jan 06 | 694.36 | American Express Settlement 090106 1040966301 Mhg Casa MAD1040966301 |

--------------------------------------------------------------------------

Continued on next page

Case: 09-12536   Doc# 11   Filed: 08/14/09   Entered: 08/14/09 15:31:05   Page 18 of 28

Account Number:

MHG CASA MADRONA, LLC

Statement End Date:          01/31/09

Electronic Deposits/ Bank Credits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Jan 07 | 4,883.62 | Electronic Datdc Rmbcs 090106 8002579335 Casa Madrona Hotel |
| | Jan 07 | 838.10 | American Express Settlement 090107 1040966301 Mhg Casa MAD1040966301 |
| | Jan 08 | 4,703.26 | Electronic Datdc Rmbcs 090107 8002579335 Casa Madrona Hotel |
| | Jan 08 | 1,953.88 | American Express Settlement 090108 1040966301 Mhg Casa MAD1040966301 |
| | Jan 09 | 3,749.69 | American Express Settlement 090109 1040966301 Mhg Casa MAD1040966301 |
| | Jan 12 | 8,273.54 | American Express Settlement 090110 1040966301 Mhg Casa MAD1040966301 |
| | Jan 12 | 4,991.71 | Electronic Datdc Rmbcs 090108 8002579335 Casa Madrona Hotel |
| | Jan 12 | 3,142.66 | American Express Settlement 090112 1040966301 Mhg Casa MAD1040966301 |
| | Jan 12 | 2,642.42 | Electronic Datdc Rmbcs 090109 8002579335 Casa Madrona Hotel |
| | Jan 13 | 4,786.05 | Electronic Datdc Rmbcs 090111 8002579335 Casa Madrona Hotel |
| | Jan 13 | 4,361.26 | Electronic Datdc Rmbcs 090110 8002579335 Casa Madrona Hotel |
| | Jan 13 | 1,802.00 | American Express Settlement 090113 1040966301 Mhg Casa MAD1040966301 |
| | Jan 14 | 8,031.86 | Electronic Datdc Rmbcs 090113 8002579335 Casa Madrona Hotel |
| | Jan 14 | 2,256.52 | Electronic Datdc Rmbcs 090112 8002579335 Casa Madrona Hotel |
| | Jan 14 | 293.00 | American Express Settlement 090114 1040966301 Mhg Casa MAD1040966301 |
| | Jan 15 | 3,418.27 | Electronic Datdc Rmbcs 090114 8002579335 Casa Madrona Hotel |
| | Jan 15 | 210.36 | American Express Settlement 090115 1040966301 Mhg Casa MAD1040966301 |
| | Jan 16 | 3,283.73 | Electronic Datdc Rmbcs 090115 8002579335 Casa Madrona Hotel |
| | Jan 16 | 1,741.14 | American Express Settlement 090116 1040966301 Mhg Casa MAD1040966301 |
| | Jan 20 | 5,596.95 | American Express Settlement 090119 1040966301 Mhg Casa MAD1040966301 |
| | Jan 20 | 4,583.78 | American Express Settlement 090120 1040966301 Mhg Casa MAD1040966301 |
| | Jan 20 | 3,133.05 | Electronic Datdc Rmbcs 090116 8002579335 Casa Madrona Hotel |
| | Jan 20 | 2,303.85 | American Express Settlement 090117 1040966301 Mhg Casa MAD1040966301 |
| | Jan 21 | 7,703.50 | Electronic Datdc Rmbcs 090117 8002579335 Casa Madrona Hotel |
| | Jan 21 | 7,216.37 | Electronic Datdc Rmbcs 090119 8002579335 Casa Madrona Hotel |

------------------------------------------------------------

Continued on next page

Case: 09-12536   Doc# 11   Filed: 08/14/09   Entered: 08/14/09 15:31:05   Page 19 of 28

MHG CASA MADRONA, LLC

Electronic Deposits/ Bank Credits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Jan 21 | 2,171.27 | Electronic Datdc Rmbcs 090118 8002579335 Casa Madrona Hotel |
| | Jan 21 | 193.96 | American Express Settlement 090121 1040966301 Mhg Casa MAD1040966301 |
| | Jan 22 | 4,098.82 | Electronic Datdc Rmbcs 090121 8002579335 Casa Madrona Hotel |
| | Jan 22 | 3,640.45 | Electronic Datdc Rmbcs 090120 8002579335 Casa Madrona Hotel |
| | Jan 22 | 1,454.31 | American Express Settlement 090122 1040966301 Mhg Casa MAD1040966301 |
| | Jan 23 | 6,552.37 | Electronic Datdc Rmbcs 090122 8002579335 Casa Madrona Hotel |
| | Jan 23 | 3,068.35 | American Express Settlement 090123 1040966301 Mhg Casa MAD1040966301 |
| | Jan 26 | 5,128.45 | American Express Settlement 090124 1040966301 Mhg Casa MAD1040966301 |
| | Jan 26 | 1,331.96 | American Express Settlement 090126 1040966301 Mhg Casa MAD1040966301 |
| | Jan 27 | 6,260.87 | Electronic Datdc Rmbcs 090123 8002579335 Casa Madrona Hotel |
| | Jan 27 | 4,877.83 | Electronic Datdc Rmbcs 090124 8002579335 Casa Madrona Hotel |
| | Jan 27 | 3,272.54 | American Express Settlement 090127 1040966301 Mhg Casa MAD1040966301 |
| | Jan 27 | 3,133.37 | Electronic Datdc Rmbcs 090125 8002579335 Casa Madrona Hotel |
| | Jan 28 | 5,712.53 | American Express Settlement 090128 1040966301 Mhg Casa MAD1040966301 |
| | Jan 28 | 4,440.04 | Electronic Datdc Rmbcs 090126 8002579335 Casa Madrona Hotel |
| | Jan 29 | 4,982.24 | Electronic Datdc Rmbcs 090127 8002579335 Casa Madrona Hotel |
| | Jan 29 | 1,823.41 | American Express Settlement 090129 1040966301 Mhg Casa MAD1040966301 |
| | Jan 30 | 6,376.04 | Electronic Datdc Rmbcs 090128 8002579335 Casa Madrona Hotel |
| | Jan 30 | 2,046.09 | Electronic Datdc Rmbcs 090129 8002579335 Casa Madrona Hotel |
| | Jan 30 | 1,670.77 | American Express Chgbck/Adj 090130 1040966301 Mhg Casa MAD1040966301 |

...............................................................................
                 210,858.85   Total Electronic Deposits/ Bank Credits

...............................................................................
                 217,111.03   Total Credits

--------------------------------------------------------------------------------
Continued on next page

MHG CASA MADRONA, LLC

---

**Debits**
Electronic Debits/ Bank Debits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Jan 05 | 3,177.90 | American Express Axp Discnt 090105 1040966301 Mhg Casa MAD1040966301 |
| | Jan 05 | 3,078.32 | Merch Dir Billbf Rmbcs 081231 8002579335 Casa Madrona Hotel |
| | Jan 05 | 232.46 | American Express Collection 090103 1040966301 Mhg Casa MAD1040966301 |
| | Jan 05 | 199.48 | Adp Payroll Fees Adp - Fees 090105 4Atjl 9192717 Casa Madrona |
| | Jan 09 | 183.60 | Adp Payroll Fees Adp - Fees 090109 102Vw 0300620 Wphg Casa Madrona Hr |
| | Jan 15 | 30,845.62 | Adp Tx/Fincl Svc Adp - Tax 090115 3600185802492Vw Wphg Casa Madrona Huma |
| | Jan 15 | 11,010.67 | Adp Tx/Fincl Svc Adp - Tax 090115 152Vw 011603A01 Wphg Casa Madrona Huma |
| | Jan 20 | 46.41 | Client Analysis Srvc Chrg 090116 Svc Chge 1208 000009865312517 |
| | Jan 21 | (6,200.00) | Withdrawal Made In A Branch/Store |
| | Jan 23 | 183.60 | Adp Payroll Fees Adp - Fees 090123 102Vw 1005061 Wphg Casa Madrona Hr |
| | Jan 27 | 418.00 | Electronic Datdc Rmbcs 090123 8002579335 Casa Madrona Hotel |
| | Jan 28 | 209.00 | Arcs Charge Baac Rmbcs 090126 8002579335 Casa Madrona Hotel |
| | Jan 29 | 32,925.55 | Adp Tx/Fincl Svc Adp - Tax 090129 4925125977632Vw Wphg Casa Madrona Huma |
| | Jan 30 | 420.04 | American Express Collection 090130 1040966301 Mhg Casa MAD1040966301 |
| | Jan 30 | 13,775.22 | Adp Tx/Fincl Svc Adp - Tax 090130 152Vw 013005A01 Wphg Casa Madrona Huma |
| | Jan 30 | 8.05 | Adp Payroll Fees Adp - Fees 090130 102Vw 1292034 Wphg Casa Madrona Hr |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | 102,913.92 | Total Electronic Debits/ Bank Debits |

**Checks Paid**

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| | Jan 26 | 1,129.78 | 14319 | Jan 05 | 107.60 |

---

Continued on next page

MHG CASA MADRONA, LLC

Checks Paid

| Check # | Date | Amount | Check # | Date | Amount |
|---------|------|--------|---------|------|--------|
| 14325* | Jan 13 | 95.60 | 14690 | Jan 12 | 3,957.48 |
| 14400* | Jan 06 | 83.70 | 14691 | Jan 12 | 118.77 |
| 14402* | Jan 16 | 19.90 | 14697* | Jan 23 | 5,405.00 |
| 14422* | Jan 13 | 68.80 | 14698 | Jan 29 | 1,616.26 |
| 14527* | Jan 06 | 15,152.32 | 14700* | Jan 30 | 378.99 |
| 14629* | Jan 08 | 102.25 | 14703* | Jan 30 | 210.00 |
| 14663* | Jan 09 | 25.20 | 14705* | Jan 30 | 1,693.68 |
| 14664 | Jan 02 | 1,263.94 | 14706 | Jan 30 | 2,543.43 |
| 14673* | Jan 29 | 1,746.48 | 14707 | Jan 28 | 507.11 |
| 14682* | Jan 28 | 30.18 | 14708 | Jan 23 | 1,159.82 |
| 14683 | Jan 28 | 49.62 | 14711* | Jan 22 | 762.87 |
| 14684 | Jan 28 | 59.28 | 14713* | Jan 26 | 871.70 |
| 14685 | Jan 28 | 111.98 | 14714 | Jan 23 | 1,621.51 |
| 14686 | Jan 12 | 47.08 | 14715 | Jan 23 | 559.08 |
| 14687 | Jan 12 | 4,451.07 | 14716 | Jan 30 | 366.73 |
| 14688 | Jan 12 | 98.52 | 14718* | Jan 28 | 154.69 |
| 14689 | Jan 12 | 135.44 | 14719 | Jan 29 | 3,000.00 |

*Gap in check sequence          49,705.86    Total Checks Paid

152,619.78    Total Debits

Daily Ledger Balance Summary

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| Dec 31 | 10,690.25 | Jan 16 | 50,572.39 |
| Jan 02 | 17,683.33 | Jan 20 | 66,143.61 |
| Jan 05 | 31,940.24 | Jan 21 | 77,228.71 |
| Jan 06 | 36,369.32 | Jan 22 | 85,659.42 |
| Jan 07 | 42,091.04 | Jan 23 | 86,351.13 |
| Jan 08 | 48,645.93 | Jan 26 | 90,810.06 |
| Jan 09 | 52,186.82 | Jan 27 | 107,936.67 |
| Jan 12 | 62,428.79 | Jan 28 | 116,967.38 |
| Jan 13 | 73,213.70 | Jan 29 | 84,484.74 |
| Jan 14 | 83,795.08 | Jan 30 | 75,181.50 |
| Jan 15 | 45,567.42 | | |

Average Daily Ledger Balance          60,815.76

**Thank you for banking with Wells Fargo.**                          Member FDIC

Case: 09-12536   Doc# 11   Filed: 08/14/09   Entered: 08/14/09 15:31:05   Page 22 of 28

WELLS FARGO BANK, N.A.
P.O. BOX 6995
PORTLAND, OR 97228-6995

Account Number:
Statement Start Date:      12/01/08
Statement End Date:       12/31/08

MHG CASA MADRONA, LLC
801 BRIDGEWAY
SAUSALITO CA 94965-2186

For Customer Assistance:
Call 800-225-5935 (1-800-CALL-WELLS).

------------------------------------------------------------------------

| Account Number | Beginning Balance | Ending Balance |
|---|---|---|
| Choice IV Commercial Checking | 414,002.91 | 10,690.25 |

------------------------------------------------------------------------

News from Wells Fargo

Effective January 12, 2009 in order for the Bank to better service your account
and collect any amounts you owe, we may from time to time make calls and/or
send text messages to the telephone number(s) associated with your account,
including wireless telephone number(s) that could result in charges to you. The
manner in which these calls or text messages are made to you may include, but
is not limited to, the use of prerecorded/artificial voice messages and or an
automatic telephone dialing system. In addition, to better service your account
or collect any amount you owe, we may also contact you via email at any email
address you have provided. If you do not want to receive prerecorded/artificial
voice messages, automatic telephone dialing system calls and/or text messages
on your wireless telephone, please contact us at 1-877-647-8551 Monday-Friday
between 8am and 6pm and Saturday between 7am and 3pm PST.

------------------------------------------------------------------------

Credits
  Deposits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Dec 04 | 3,849.89 | Deposit |
| | | 3,849.89 | Total Deposits |

  Electronic Deposits/ Bank Credits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Dec 01 | 7,187.40 | Electronic Datdc Rmbcs 081126 8002579335 Casa Madrona Hotel |
| | Dec 01 | 3,489.58 | Electronic Datdc Rmbcs 081128 8002579335 Casa Madrona Hotel |
| | Dec 01 | 2,154.41 | American Express Settlement 081129 1040966301 Mhg Casa MAD1040966301 |
| | Dec 01 | 1,054.72 | Electronic Datdc Rmbcs 081127 8002579335 Casa Madrona Hotel |
| | Dec 02 | 7,497.88 | American Express Settlement 081202 1040966301 Mhg Casa MAD1040966301 |
| | Dec 02 | 6,475.03 | Electronic Datdc Rmbcs 081130 8002579335 Casa Madrona Hotel |

------------------------------------------------------------------------

Continued on next page

Account Number:
Statement End Date:          12/31/08

MHG CASA MADRONA, LLC

Electronic Deposits/ Bank Credits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Dec 02 | 2,442.29 | Electronic Datdc Rmbcs 081129 8002579335 Casa Madrona Hotel |
| | Dec 02 | 99.00 | Electronic Datdc Rmbcs 081129 8002579335 Casa Madrona Hotel |
| | Dec 03 | 6,503.83 | Electronic Datdc Rmbcs 081201 8002579335 Casa Madrona Hotel |
| | Dec 03 | 3,184.56 | Electronic Datdc Rmbcs 081202 8002579335 Casa Madrona Hotel |
| | Dec 03 | 613.52 | American Express Settlement 081203 1040966301 Mhg Casa MAD1040966301 |
| | Dec 04 | 421.98 | Electronic Datdc Rmbcs 081203 8002579335 Casa Madrona Hotel |
| | Dec 04 | 265.72 | American Express Settlement 081204 1040966301 Mhg Casa MAD1040966301 |
| | Dec 05 | 2,922.63 | Electronic Datdc Rmbcs 081204 8002579335 Casa Madrona Hotel |
| | Dec 05 | 2,228.32 | American Express Settlement 081205 1040966301 Mhg Casa MAD1040966301 |
| | Dec 08 | 52,174.82 | American Express Settlement 081208 1040966301 Mhg Casa MAD1040966301 |
| | Dec 09 | 4,926.93 | American Express Settlement 081209 1040966301 Mhg Casa MAD1040966301 |
| | Dec 09 | 4,715.15 | Electronic Datdc Rmbcs 081205 8002579335 Casa Madrona Hotel |
| | Dec 09 | 4,597.93 | Electronic Datdc Rmbcs 081208 8002579335 Casa Madrona Hotel |
| | Dec 09 | 3,901.34 | Electronic Datdc Rmbcs 081207 8002579335 Casa Madrona Hotel |
| | Dec 09 | 2,980.57 | Electronic Datdc Rmbcs 081206 8002579335 Casa Madrona Hotel |
| | Dec 10 | 8,963.08 | Electronic Datdc Rmbcs 081209 8002579335 Casa Madrona Hotel |
| | Dec 10 | 253.62 | American Express Settlement 081210 1040966301 Mhg Casa MAD1040966301 |
| | Dec 11 | 4,198.68 | Electronic Datdc Rmbcs 081210 8002579335 Casa Madrona Hotel |
| | Dec 11 | 3,461.71 | American Express Settlement 081211 1040966301 Mhg Casa MAD1040966301 |
| | Dec 12 | 5,076.12 | American Express Settlement 081212 1040966301 Mhg Casa MAD1040966301 |
| | Dec 15 | 2,758.45 | American Express Settlement 081215 1040966301 Mhg Casa MAD1040966301 |
| | Dec 15 | 2,151.08 | Electronic Datdc Rmbcs 081211 8002579335 Casa Madrona Hotel |
| | Dec 15 | 1,839.77 | American Express Settlement 081213 1040966301 Mhg Casa MAD1040966301 |
| | Dec 18 | 6,827.62 | Electronic Datdc Rmbcs 081217 8002579335 Casa Madrona Hotel |
| | Dec 18 | 6,055.73 | Electronic Datdc Rmbcs 081217 8002579335 Casa Madrona Hotel |
| | Dec 18 | 6,050.22 | Electronic Datdc Rmbcs 081217 8002579335 Casa Madrona Hotel |

--------------------------------------------------------------

Continued on next page

Case: 09-12536   Doc# 11   Filed: 08/14/09   Entered: 08/14/09 15:31:05   Page 24 of 28

MHG CASA MADRONA, LLC

Electronic Deposits/ Bank Credits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Dec 18 | 4,629.08 | Electronic Datdc Rmbcs 081217 8002579335 Casa Madrona Hotel |
| | Dec 18 | 3,154.08 | Electronic Datdc Rmbcs 081217 8002579335 Casa Madrona Hotel |
| | Dec 18 | 847.22 | Electronic Datdc Rmbcs 081217 8002579335 Casa Madrona Hotel |
| | Dec 19 | 6,555.14 | Electronic Datdc Rmbcs 081218 8002579335 Casa Madrona Hotel |
| | Dec 22 | 5,848.48 | American Express Settlement 081220 1040966301 Mhg Casa MAD1040966301 |
| | Dec 22 | 2,500.41 | Electronic Datdc Rmbcs 081219 8002579335 Casa Madrona Hotel |
| | Dec 22 | 2,161.60 | American Express Settlement 081222 1040966301 Mhg Casa MAD1040966301 |
| | Dec 23 | 4,210.00 | Electronic Datdc Rmbcs 081220 8002579335 Casa Madrona Hotel |
| | Dec 23 | 2,867.02 | American Express Settlement 081223 1040966301 Mhg Casa MAD1040966301 |
| | Dec 23 | 2,489.24 | Electronic Datdc Rmbcs 081221 8002579335 Casa Madrona Hotel |
| | Dec 24 | 3,273.21 | Electronic Datdc Rmbcs 081222 8002579335 Casa Madrona Hotel |
| | Dec 24 | 549.08 | American Express Settlement 081224 1040966301 Mhg Casa MAD1040966301 |
| | Dec 26 | 5,468.59 | Electronic Datdc Rmbcs 081223 8002579335 Casa Madrona Hotel |
| | Dec 26 | 4,381.75 | Electronic Datdc Rmbcs 081224 8002579335 Casa Madrona Hotel |
| | Dec 26 | 2,025.57 | American Express Settlement 081226 1040966301 Mhg Casa MAD1040966301 |
| | Dec 26 | 889.64 | American Express Settlement 081225 1040966301 Mhg Casa MAD1040966301 |
| | Dec 29 | 3,930.58 | Electronic Datdc Rmbcs 081225 8002579335 Casa Madrona Hotel |
| | Dec 29 | 3,132.94 | American Express Settlement 081227 1040966301 Mhg Casa MAD1040966301 |
| | Dec 29 | 1,189.91 | Electronic Datdc Rmbcs 081226 8002579335 Casa Madrona Hotel |
| | Dec 29 | 930.65 | American Express Settlement 081229 1040966301 Mhg Casa MAD1040966301 |
| | Dec 30 | 5,353.96 | Electronic Datdc Rmbcs 081229 8002579335 Casa Madrona Hotel |
| | Dec 30 | 4,716.05 | Electronic Datdc Rmbcs 081228 8002579335 Casa Madrona Hotel |
| | Dec 30 | 4,432.70 | Electronic Datdc Rmbcs 081227 8002579335 Casa Madrona Hotel |
| | Dec 30 | 434.46 | American Express Settlement 081230 1040966301 Mhg Casa MAD1040966301 |

------------------------------------------------------------

Continued on next page

Case: 09-12536   Doc# 11   Filed: 08/14/09   Entered: 08/14/09 15:31:05   Page 25 of 28

MHG CASA MADRONA, LLC

## Electronic Deposits/ Bank Credits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Dec 31 | 576.00 | American Express Settlement 081231 1040966301 Mhg Casa MAD1040966301 |
| | | 244,021.05 | Total Electronic Deposits/ Bank Credits |
| | | 247,870.94 | Total Credits |

## Debits
### Electronic Debits/ Bank Debits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Dec 01 | 592.20 | American Express Collection 081201 1040966301 Mhg Casa MAD1040966301 |
| | Dec 02 | 4,516.09 | Merch Dir Billbf Rmbcs 081130 8002579335 Casa Madrona Hotel |
| | Dec 02 | 485.52 | Electronic Datdc Rmbcs 081129 8002579335 Casa Madrona Hotel |
| | Dec 04 | 31,355.05 | Adp Tx/Fincl Svc Adp - Tax 081204 7940183792822Vw Wphg Casa Madrona Huma |
| | Dec 05 | 2,727.36 | American Express Axp Discnt 081205 1040966301 Mhg Casa MAD1040966301 |
| | Dec 05 | 9,567.54 | Adp Tx/Fincl Svc Adp - Tax 081205 152Vw 120549A01 Wphg Casa Madrona Huma |
| | Dec 08 | 11.30 | American Express Collection 081206 1040966301 Mhg Casa MAD1040966301 |
| | Dec 08 | 224.48 | Adp Payroll Fees Adp - Fees 081208 4Atjl 8136075 Casa Madrona |
| | Dec 10 | (225,000.00) | WT Fed#05141 Regions Bank /Ftr/Bnf=mitchell Enterprise Group Llc Srf# FW0054034569468 Trn#081210077156 Rfb# |
| | Dec 11 | (65,000.00) | WT Fed#00656 Mellon Bank, N. A. /Ftr/Bnf=merrill Lynch Srf# FW00540346871888 Trn#081211039007 Rfb# |
| | Dec 12 | 178.42 | Adp Payroll Fees Adp - Fees 081212 102Vw 9135880 Wphg Casa Madrona Hr |
| | Dec 15 | 630.00 | American Express Chgbck/Adj 081213 1040966301 Mhg Casa MAD1040966301 |
| | Dec 18 | 30,018.57 | Adp Tx/Fincl Svc Adp - Tax 081218 3050120636972Vw Wphg Casa Madrona Huma |
| | Dec 18 | 9,715.06 | Adp Tx/Fincl Svc Adp - Tax 081218 152Vw 121951A01 Wphg Casa Madrona Huma |
| | Dec 19 | 25.00 | Overdraft Fee |
| | Dec 26 | 5,447.00 | Bcbsfl Bc Bill 081224 3362976 Wells Fargo |

Continued on next page

Case: 09-12536    Doc# 11    Filed: 08/14/09    Entered: 08/14/09 15:31:05    Page 26 of 28

Account Number:
Statement End Date:        12/31/08

MHG CASA MADRONA, LLC

Electronic Debits/ Bank Debits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Dec 26 | 1,257.00 | Bcbsfl Bc Bill 081224 3362974 Wells Fargo |
| | Dec 26 | 189.01 | Adp Payroll Fees Adp - Fees 081226 102Vw 9643712 Wphg Casa Madrona Hr |
| | Dec 31 | 29,494.70 | Adp Tx/Fincl Svc Adp - Tax 081231 6110121465242Vw Wphg Casa Madrona Huma |
| | Dec 31 | 10,461.10 | Adp Tx/Fincl Svc Adp - Tax 081231 152Vw 010201A01 Wphg Casa Madrona Huma |
| | | 426,895.40 | Total Electronic Debits/ Bank Debits |

Checks Paid

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| | Dec 15 | 808.80 | 14632 | Dec 15 | 101.33 |
| 14308 | Dec 04 | 26.10 | 14633 | Dec 18 | 259.50 |
| 14377* | Dec 10 | 16.90 | 14634 | Dec 12 | 79.38 |
| 14486* | Dec 11 | 410.81 | 14635 | Dec 12 | 43.98 |
| 14490* | Dec 03 | 805.83 | 14636 | Dec 15 | 33.52 |
| 14497* | Dec 01 | 4,153.58 | 14637 | Dec 15 | 143.85 |
| 14498 | Dec 04 | 611.03 | 14638 | Dec 18 | 4.50 |
| 14528* | Dec 09 | 5,750.00 | 14639 | Dec 17 | 347.95 |
| 14529 | Dec 02 | 375.00 | 14640 | Dec 12 | 696.19 |
| 14537* | Dec 01 | 40.92 | 14641 | Dec 23 | 689.58 |
| 14545* | Dec 03 | 265.00 | 14642 | Dec 12 | 2,110.65 |
| 14557* | Dec 03 | 150.00 | 14643 | Dec 10 | 1,256.93 |
| 14564* | Dec 02 | 372.33 | 14644 | Dec 10 | 277.02 |
| 14575* | Dec 02 | 1,920.52 | 14645 | Dec 12 | 57.00 |
| 14578* | Dec 23 | 295.00 | 14646 | Dec 18 | 50.00 |
| 14580* | Dec 02 | 25.00 | 14647 | Dec 10 | 864.50 |
| 14584* | Dec 12 | 1,575.88 | 14648 | Dec 16 | 87.27 |
| 14585 | Dec 01 | 66.75 | 14649 | Dec 16 | 4,043.24 |
| 14591* | Dec 18 | 1,000.00 | 14650 | Dec 16 | 53.48 |
| 14594* | Dec 01 | 23.07 | 14651 | Dec 16 | 111.86 |
| 14604* | Dec 01 | 871.75 | 14652 | Dec 16 | 3,741.57 |
| 14607* | Dec 01 | 123.93 | 14653 | Dec 18 | 82.81 |
| 14617* | Dec 18 | 91.43 | 14654 | Dec 19 | 3,006.90 |
| 14618 | Dec 30 | 2,500.00 | 14655 | Dec 15 | 552.42 |
| 14619 | Dec 10 | 2,355.67 | 14657* | Dec 08 | 1,479.15 |
| 14620 | Dec 09 | 1,397.32 | 14658 | Dec 11 | 67.86 |
| 14621 | Dec 15 | 2,487.87 | 14659 | Dec 08 | 771.45 |
| 14622 | Dec 15 | 2,300.14 | 14660 | Dec 12 | 2,855.62 |
| 14623 | Dec 04 | 8,502.90 | 14661 | Dec 10 | 135.28 |
| 14624 | Dec 04 | 52,405.19 | 14662 | Dec 15 | 3,000.00 |
| 14625 | Dec 04 | 88,812.93 | 14665* | Dec 29 | 663.38 |
| 14626 | Dec 17 | 31.12 | 14666 | Dec 23 | 444.04 |
| 14627 | Dec 11 | 650.00 | 14667 | Dec 22 | 1,296.65 |
| 14628 | Dec 09 | 670.58 | 14668 | Dec 22 | 553.10 |
| 14630* | Dec 16 | 613.86 | 14669 | Dec 22 | 813.72 |
| 14631 | Dec 10 | 9,647.88 | | | |

Continued on next page

Account Number:
Statement End Date:          12/31/08

MHG CASA MADRONA, LLC

## Checks Paid

| Check # | Date   | Amount | Check # | Date   | Amount |
|---------|--------|--------|---------|--------|--------|
| 14670   | Dec 22 | 789.15 | 14671   | Dec 22 | 568.28 |

*Gap in check sequence        224,288.20   Total Checks Paid

```
                               651,183.60   Total Debits
```

## Daily Ledger Balance Summary

| Date   | Balance    | Date   | Balance   |
|--------|------------|--------|-----------|
| Nov 30 | 414,002.91 | Dec 16 | 15,303.87 |
| Dec 01 | 422,016.82 | Dec 17 | 14,924.80 |
| Dec 02 | 430,836.56 | Dec 18 | 1,266.88  |
| Dec 03 | 439,917.64 | Dec 19 | 4,790.12  |
| Dec 04 | 262,742.03 | Dec 22 | 11,279.71 |
| Dec 05 | 255,598.08 | Dec 23 | 19,417.35 |
| Dec 08 | 305,286.52 | Dec 24 | 23,239.64 |
| Dec 09 | 318,590.54 | Dec 26 | 29,112.18 |
| Dec 10 | 88,253.06  | Dec 29 | 37,632.88 |
| Dec 11 | 29,784.78  | Dec 30 | 50,070.05 |
| Dec 12 | 27,263.78  | Dec 31 | 10,690.25 |
| Dec 15 | 23,955.15  |        |           |

Average Daily Ledger Balance        111,830.12

Important Updates To Overdraft Protection Plans

Effective February 14, 2009, we will change the way savings accounts and credit accounts eligible to provide overdraft protection are linked to your checking account. If you have not designated the account you want the Bank to access first for overdraft protection, we will access available funds in your savings account first and then from your credit account, subject to your available credit and pursuant to the terms of the credit agreement.

As a reminder, tracking all of your transactions and ensuring you have sufficient funds available prior to initiating a transaction is the best way to avoid an overdraft or returned item fee.

We encourage you to contact your local banker, call the National Business Banking Center at the number listed on your statement or visit us online at wellsfargo.com/biz to sign up for overdraft protection.

------------------------------------------------------------------------

------------------------------------------------------------------------
**Thank you for banking with Wells Fargo.**                    Member FDIC