| | |
|---|---|
| 1 | John T. Hansen (CA34639)<br>jhansen@nossaman.com |
| 2 | James H. Vorhis (CA245034)<br>jvorhis@nossaman.com |
| 3 | Nossaman LLP<br>50 California Street, 34th Floor |
| 4 | San Francisco, CA 94111<br>Telephone: 415.398.3600 |
| 5 | Facsimile: 415.398.2438 |
| 6 | FEDERAL DEPOSIT INSURANCE<br>CORPORATION as Receiver for Integrity Bank |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MHG CASA MADRONA HOTEL, LLC,<br><br>Debtor, | Case No: 09-12536<br><br>**MOTION TO EXCUSE RECEIVER FROM COMPLIANCE WITH BANKRUPTCY CODE SECTION 543(B)(1)**<br><br>Date: October 2, 2009<br>Time: 10:00 a.m. |

To Debtor MHG Casa Madrona Hotel, LLC, its attorneys of record herein, the United States Trustee, and creditors of the debtor:

PLEASE TAKE NOTICE THAT on October 2, 2009 at 10:00 a.m., before the Hon. Alan Jaroslovsky, United States Bankruptcy Court Judge, 99 South E. Street, Santa Rosa, California, Secured Creditor Federal Deposit Insurance Corporation, will, and hereby does, move for an order excusing the receiver of the Debtor's property, namely the Casa Madrona Hotel & Spa in Sausalito, California, from having to comply with Bankruptcy Code Section 543(b)(1) by turning over possession of the Casa Madrona Hotel & Spa to the Debtor. This motion is made pursuant to 11 U.S.C. § 543(d)(1) on the grounds that creditors of Debtor MHG Casa Madrona Hotel, LLC will be better served if the receiver continues in possession of the hotel.

The motion is based upon this Notice of Motion and Motion; the Memorandum of Points and Authorities, the accompanying Declarations of Charles D. Francis, Charles P. Farrell, Jr., Kyle Green, Jeremy Gaunt, and John T. Hansen, and the papers, files and records of this court, and upon such argument and evidence as may be presented at the hearing.

Dated: August 17, 2009

Nossaman LLP

By: _____
John T. Hansen
Attorneys for FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver of Integrity Bank

240152_1.DOC

2

Case No. 09-12536

MOTION TO EXCUSE RECEIVER FROM COMPLIANCE WITH BANKRUPTCY CODE SECTION 543(B)(1)

# PROOF OF SERVICE

The undersigned declares:

I am employed in the County of San Francisco, State of California. I am over the age of 18 and am not a party to the within action; my business address is c/o Nossaman LLP, 50 California Street, 34th Floor, San Francisco, CA 94111.

On August 17, 2009, I served the foregoing

**MOTION TO EXCUSE RECEIVER FROM COMPLIANCE WITH BANKRUPTCY CODE SECTION 543(B)(1)**

on parties to the within action as follows:

☒ (By U.S. Mail) On the same date, at my said place of business, an original enclosed in a sealed envelope, addressed as shown on the attached service list was placed for collection and mailing following the usual business practice of my said employer. I am readily familiar with my said employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service, and, pursuant to that practice, the correspondence would be deposited with the United States Postal Service, with postage thereon fully prepaid, on the same date at San Francisco, California.

☐ (By Facsimile) I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), to the number(s) listed on the attached sheet. Said transmission was reported complete and without error. A transmission report was properly issued by the transmitting facsimile machine, which report states the time and date of sending and the telephone number of the sending facsimile machine. A copy of that transmission report is attached hereto.

☐ (By Overnight Service) I served a true and correct copy by overnight delivery service for delivery on the next business day. Each copy was enclosed in an envelope or package designated by the express service carrier; deposited in a facility regularly maintained by the express service carrier or delivered to a courier or driver authorized to receive documents on its behalf; with delivery fees paid or provided for; addressed as shown on the accompanying service list.

☐ (By Electronic Service) By emailing true and correct copies to the persons at the electronic notification address(es) shown on the accompanying service list. The document(s) was/were served electronically and the transmission was reported as complete and without error.

Executed on August 17, 2009.

☒ (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Sally J. Gifford

## SERVICE LIST

| | |
|---|---|
| Tracy Green<br>Elizabeth Berke-Dreyfus<br>Wendel, Rosen, Black and Dean<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607 | Donna Tamanaha<br>Assistant U.S. Trustee<br>U.S. Trustee's Office<br>235 Pine Street, Suite 700,<br>San Francisco, CA 94104-3401 |

Richard A. Rogan of
Jeffer, Mangels, Butler & Marmaro LLP
Two Embarcadero Center, 5th Floor
San Francisco, California 94111

# TWENTY LARGEST UNSECURED CREDITORS

## SERVICE LIST

AIU Holdings
22427 Network Place
Chicago, IL 60673

American International
Companies
22427 Network Place
Chicago, IL 60673

Bay City Refuse Service
PO Box 277
El Cerrito, CA 94530

City of Sausalito
420 Litho Street
Sausalito, CA 94965

Copy Pro
833 Market Street Suite 527
San Francisco, CA 94103

Fishman Supply Co
PO Box 750279
Petaluma, CA 94975

Gardere Wynne Sewell LLP
1601 Elm Street Suite 3000
Dallas, TX 75201

Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901

Johnson Controls
PO Box 730068
Dallas, TX 75373

Konica Minolta Business SOL
PO Box 550599
Jacksonville, FL 32255

Lato Supply Corporation
PO Box 14830
Phoenix, AZ 85063

Merchant Services
PO Box 9599
Knoxville, TN 37940

Pitney Bowes
2225 American Drive
Neenah, WI 54956

Prestige Media
14 Berwick Road
Palm Beach Gardens, FL 33418

Smith Travel Research, Inc.
735 E, Main Street
Hendersonville, TN 37075

Talents Plus Inc.
One Talent Plus Way
Lincoln, NE 68506

The West Paces Hotel Group, LLC
3384 Peachtree Rd., Suite 375
Atlanta, GA 30326

Tomas B Zeisel
PO Box 14343
Charleston, SC 29422

United Health Care
22703 Network Place
Chicago, IL 60673

Virtual Agent Services, Inc
1920 N. Thoreau Drive
Schaumburg, IL 60173