John T. Hansen (CA34639)
jhansen@nossaman.com
James H. Vorhis (CA245034)
jvorhis@nossaman.com
Nossaman LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for Integrity Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MHG CASA MADRONA HOTEL, LLC,<br><br>Debtor, | Case No: 09-12536<br><br>**DECLARATION OF JOHN T. HANSEN IN SUPPORT OF MOTION FOR RELIEF FROM STAY OR IN THE ALTERNATIVE TO DISMISS CASE**<br><br>Date: September 29, 2009<br>Time: 9:00 a.m. |

I, John T. Hansen, declare:

1. I am an attorney admitted to practice in the courts of the State of California and all United States District Courts in the State of California. I am a partner in the law firm of Nossaman, LLP, which represents the Federal Deposit Insurance Corporation (FDIC) in this case. The matters stated in this declaration are known to me of my personal knowledge.

2. On or about April 20, 2009, the FDIC delivered to me an original Deed of Trust, Security Agreement, Assignment of Leases and Rents and Fixture Filing ("2005 Deed of Trust") between MHG Casa Madrona Hotel, LLC ("Debtor') and Integrity Bank, a Georgia State Bank, dated May 3, 2005, and recorded May 5, 2005. A true and correct copy of the 2005 Deed of Trust is attached hereto as Exhibit JTH 1.

3. On or about April 20, 2009, the FDIC delivered to me an original Amended and Restated Deed of Trust, Security Agreement, Assignment of Leases and Rents and Fixture Filing ("Amended Deed of Trust") between MHG Casa Madrona Hotel, LLC ("Debtor') and Integrity Bank, a Georgia State Bank, dated June 26, 2007, and recorded June 29, 2007. A true and correct copy of the Amended Deed of Trust is attached hereto as Exhibit JTH 2.

4. On March 18, 2009 and March 24, 2009, I caused a notices of default to be recorded under the 2005 Deed of Trust and the Amended Deed of Trust, respectively. True and correct copies of the notices of default are attached hereto as Exhibits JTH 3 and JTH 4.

5. On July 13, 2009, I caused a Notice of Trustee's Sale to be recorded and published setting a trustee's sale under the Amended Deed of Trust. The sale was noticed for August 11, 2009 and 10:00 a.m. On August 10, 2009 at 7:04 p.m., MHG Casa Madrona Hotel, LLC filed a petition for relief under chapter 11 of the Bankruptcy Code. I arranged for a postponement of the trustee's sale to October 6, 2009. Attached hereto as Exhibits JTH 5 and JTH 6, respectively, are the notice of default and letter confirming the postponement of the trustee's sale.

6. On or about August 17, 2009, I directed Barbara Smith, a paralegal of the law firm of Nossaman, LLP, to research the amount of property taxes due, owing and unpaid to the County of Marin with respect to the Casa Madrona Hotel in Sausalito, California. On August

240300_1.DOC - 1 - Case No. 09-12536

DECLARATION OF JOHN T HANSEN IN SUPPORT OF MOTION FOR RELIEF FROM STAY, ETC.
Case: 09-12536   Doc# 32   Filed: 08/26/09   Entered: 08/26/09 11:54:46   Page 2 of 3

19, 2009, Ms Smith reported to me that the amount of property taxes due, owing and unpaid calculated through August 31, 2009 is $737,830.56.

I declare under penalty of perjury of the laws of the State of California that I have read the foregoing, that it is true and correct to the best of my knowledge, and that I would be competent to so testify.

Executed at San Francisco, California on August 21, 2009.

_____
John T. Hansen

240300_1.DOC — - 2 - — Case No. 09-12536

DECLARATION OF JOHN T HANSEN IN SUPPORT OF MOTION FOR RELIEF FROM STAY, ETC.

Case: 09-12536   Doc# 32   Filed: 08/26/09   Entered: 08/26/09 11:54:46   Page 3 of 3