# EXHIBIT JTH 3

Case: 09-12536    Doc# 32-5    Filed: 08/26/09    Entered: 08/26/09 11:54:46    Page 1 of 3

RECORDING REQUESTED BY
PLM Lender Services, Inc.

The original of this document was recorded on

3-18-09

AND WHEN RECORDED MAIL TO
PLM Lender Services, Inc.
46 N. Second Street
Campbell, CA 95008
408 370-4030

Space above this line for recorder's use

Trustee Sale No. 221-055861   Loan No. 400542800   Title Order No. 4050175

# IMPORTANT NOTICE
## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION**, and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is **$37,816,462.88** as of **03-12-2009** and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the end of the three-month period stated above and any additional time required, if any, under state and federal law) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the above paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

**FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF INTEGRITY BANK**
**C/O PLM Lender Services, Inc.**
**46 N. Second Street**

Campbell, CA 95008
408 370-4030

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

### REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

**NOTICE IS HEREBY GIVEN THAT: PLM LENDER SERVICES, INC.** is the duly appointed Trustee, Substituted Trustee or Agent for the Beneficiary under a Deed of Trust dated **05-03-2005**, executed by **MHG CASA MADRONA HOTEL, LLC, A GEORGIA LIMITED LIABILITY COMPANY,** as trustor, to secure obligations in favor of **INTEGRITY BANK, A GEORGIA BANKING CORPORATION**, as Beneficiary Recorded **05-05-2005**, Book , Page , Instrument **2005-0033100** of official records, in the office of the Recorder of **MARIN** County, California, as more fully described on said Deed of Trust.

Said Deed of Trust secures certain obligations including the note(s) for the original sum of **$29,550,000.00.** That the beneficial interest under said Deed of Trust and the obligations secured thereby are presently held by the beneficiary; that a breach of, and default in, the obligations for which said Deed of Trust is security has occurred in that the payment has not been made of:
**THE UNPAID PRINCIPAL BALANCE OF $29,550,000.00 ,TOGETHER WITH INTEREST, LATE CHARGES, APPRAISAL FEE, FORECLOSURE FEES AND ATTORNEYS FEES. ALSO, FAILURE TO PAY TAXES AND ASSESSMENTS WHEN DUE. FURTHERMORE, SHOULD THE BENEFICIARY ADVANCE SUMS TO PROTECT ITS SECURITY, SAID ADVANCES, TOGETHER WITH INTEREST, MUST BE PAID AS A CONDITION OF PAYOFF.**

**SEE EXHIBIT "A" FOR UNIFIED SALE PROVISIONS**

That by reason thereof, the present beneficiary under such Deed of Trust, has executed and delivered to said Trustee, a written Declaration and Demand for Sale, and has deposited with said duly appointed Trustee, such Deed of Trust and all documents evidencing the obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

---

**The undersigned mortgagee, beneficiary or authorized agent for the mortgagee or beneficiary declares that this property is not subject to California Civil Code § 2923.5.**

---

**DATE: 03-13-2009**

**PLM LENDER SERVICES, INC.**
**Agent for the Beneficiary**
**By: First American Title, as its Agent**

---