John T. Hansen (CA34639)
jhansen@nossaman.com
James H. Vorhis (CA245034)
jvorhis@nossaman.com
Nossaman LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for Integrity Bank

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MHG CASA MADRONA HOTEL, LLC, Debtor, | Case No: 09-12536 |
|---|---|
| | **DECLARATION OF CHARLES P. FARRELL, JR. IN SUPPORT OF MOTION FOR RELIEF FROM STAY, OR IN THE ALTERNATIVE FOR DISMISSAL** |
| | Date: September 29, 2009<br>Time: 9:00 a.m. |

I, Charles P. Farrell, Jr., declare:

1. I am currently employed by the Federal Deposit Insurance Corporation (FDIC) in its capacity as receiver of Integrity Bank of Alpharetta, Georgia. The matters stated in the declaration are known to me of my own personal knowledge, except as to matters stated on information and belief, which I believe to be true.

2. I am assigned to the account of MHG Casa Madrona, LLC ("Debtor") as it is the largest single borrower of Integrity Bank.

3. The Debtor executed three notes in favor of Integrity Bank, as follows:

    a. A note dated May 3, 2005, in the principal amount of $29,550,000;

    b. A note dated June 26, 2007 (Printer Row "Replacement Note") in the principal amount of $12,494,761.89; and

    c. A note dated June 26, 2007 (Melbourne Hotel Investors "Replacement Note") in the principal amount of $6,653,271.97.

Each of the three notes is secured by one of two deeds of trust which secured real property and personal property located at 810 Bridgeway, Sausalito, California, known as the Casa Madrona Hotel and Spa ("Casa Madrona Hotel").

4. Each of the above notes is currently in default, and the amounts required to cure the defaults, as of August 11, 2009, are:

    a. May 3, 2005 Note = $39,513,936.13, plus $9,850.00 per day interest and fees and costs to be determined;

    b. June 26, 2007 Printers Row Replacement Note = $15,870,104.63, plus $2,863.38 per day and fees and costs to be determined; and

    c. June 26, 2007 Melbourne Hotel Investors Replacement Note = $8,450,319.44, plus $1,524.70 and fees and costs to be determined.

5. Based on the records of Integrity Bank which I have caused to be examined, the Debtor never made a payment on any of the three notes.

6. I am informed and believe, based on correspondence in the files of the FDIC, that in or about December 2008, Mr. Guy Mitchell, the principal of the Debtor, caused MHG Casa Madrona Hotel, LLC to breach its operating agreement for the management of the hotel with the West Paces Hotel Group, and shortly thereafter Mr. Mitchell became personally responsible for the management of the hotel. My information is based upon two letters from counsel for the West Paces Hotel Group to Mr. Mitchell, dated December 11, 2008 and February 5, 2009, copies of which are attached hereto as Exhibits CPF1 and CFP2. Copies of

these letters were received by and have been maintained by the FDIC in the ordinary course of business

7. After it became the receiver of Integrity Bank the FDIC obtained three appraisals of the Casa Madrona Hotel. The three appraised values of the Casa Madrona Hotel were $16,600,000, $14,100,000 and $12,200,000. The average value of the three appraisals is $14,300,000. Because it appears to reflect the average of the appraisals, attached hereto as Exhibit CPF3 is a true and correct copy of the October 6, 2008 appraisal report of Cushman & Wakefield of California, Inc. Copies of the other appraisals are available for inspection by parties in interest.

I declare under penalty of perjury under the law of the State of Georgia that the foregoing is true and correct to the best of my knowledge, except as to matters stated on information and belief, which I believe to be true.

Executed on August 24, 2009, at Alpharetta, Georgia.

*[signature]*
Charles P. Farrell, Jr.