# CPF1

Case: 09-12536   Doc# 33-1   Filed: 08/26/09   Entered: 08/26/09 12:02:16   Page 1 of 4

# GARDERE

*attorneys and counselors ▪ www.gardere.com*

Direct: (214) 999-4287
Fax: (214) 999-3287
crisman@gardere.com

December 11, 2008

**VIA OVERNIGHT MAIL**

MHG Casa Madrona Hotel, LLC
3420 Bird Avenue
Coconut Grove, Florida 33173
Attn: Guy Mitchell

Re: *Operating Agreement (the "Operating Agreement") dated February 27, 2006 by and between MHG Casa Madrona Hotel, LLC ("Owner") and The West Paces Hotels Group, LLC ("Operator") with regard to Casa Madrona, Sausalito, California (the "Hotel")*

Mr. Mitchell:

We represent and write this letter on behalf of Operator. We are writing to you regarding the Operating Agreement. All capitalized terms used herein and not otherwise defined shall have the meanings given to such terms in the Operating Agreement.

It is our understanding that on or about December 10, 2008 you wrongfully instructed the bank that holds the Hotel's Operating Account, Wells Fargo Branch #540 located at 715 Bridgeway, Sausalito, California, 94965 (the "**Bank**") to transfer the contents of the Operating Account (the "**Wrongfully Transferred Amount**") to another account that is not affiliated with the Hotel or the operation of the Hotel by Operator. Moreover, you also instructed the Bank to change the authorized signatories for the Operating Account from the Operator's designees (the "**Wrongfully Changed Signatories**"). Both of these actions are in violation of the Operating Agreement and are likely criminal in nature.

Section 5.1 of the Operating Agreement states that the Operator, and not Owner, shall have sole signatory authority for the Operating Account and sole authority to make any type of withdrawal from the Operating Account.

GARDERE WYNNE SEWELL LLP
3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201-4761 ▪ 214.999.3000 Phone ▪ 214.999.4667 Fax
Austin ▪ Dallas ▪ Houston ▪ Mexico City

MHG Casa Madrona Hotel, LLC
December 11, 2008
Page 2

Demand is hereby made that Owner pay the Wrongfully Transferred Amount to Operator in good funds by 5:00 pm EST on December 22, 2008. If the Wrongfully Transferred Amount is not timely paid as herein demanded, as a consequence of Owner's Event of Default, Operator reserves the right to immediately terminate the Operating Agreement pursuant to Sections 11.1(a) and 3.3 of the Operating Agreement.

Operator hereby reserves all rights and remedies under the Operating Agreement, including without limitation, the right to bring suit for any current or future unpaid amounts owing pursuant to the Operating Agreement or your actions related to the Wrongfully Transferred Amounts and the Wrongfully Changed Signatories.

*As you are aware, the Wrongfully Transferred Amount was to be used for payroll for Hotel Employees and payment of other Gross Operating Expenses at the Hotel. Notwithstanding the foregoing paragraphs of this letter, if Owner does not pay the Wrongfully Transferred Amount to Operator in good funds by 5:00 pm EST on December 12, 2008, Operator will immediately commence sending Hotel Employees home and removing guests from the Hotel in order to minimize ongoing Gross Operating Expenses such as payroll and mitigate further Working Capital shortfalls.*

Should you have any questions with regard to this letter please do not hesitate to contact the undersigned.

Very sincerely yours,

Clifford J. Risman

CJR:kt

cc: Guy Mitchell (via overnight mail)
14 Tahiti Beach Island Road
Miami, Florida 33143

Troutman Sanders LLP (via overnight mail)
Bank of American Plaza
600 Peachtree Street, Suite 5200
Atlanta, Georgia 30308-2216
Attn: John E. Buehner, Esq.

Federal Deposit Insurance Corporation (via overnight mail)
As Receiver for INTEGRITY BANK
PO Box 2008
11138 State Bridge Road

MHG Casa Madrona Hotel, LLC
December 11, 2008
Page 3

    Alpharetta, Georgia 30022
    Attn: Larry Glazener, Gina Micalizio, or David Edwards

    Robinson, Jampol, Schleicher & Jacobs LLP (via overnight mail)
    500 NorthWinds Center West
    11625 Rainwater Drive, Suite 350
    Alpharetta, Georgia 30004
    Attn: Michael E. Jacobs

    Wells Fargo Branch #540 (via overnight mail)
    715 Bridgeway
    Sausalito, California 94965
    Attn: Anderson Silvira

DALLAS 1999240v.1