CPF2

Case: 09-12536    Doc# 33-2    Filed: 08/26/09    Entered: 08/26/09 12:02:16    Page 1 of 4

# GARDERE

*attorneys and counselors ▪ www.gardere.com*

Direct: (214) 999-4763
Fax: (214) 999-3763
kthiessen@gardere.com

February 5, 2009

**VIA OVERNIGHT MAIL**

MHG Casa Madrona Hotel, LLC
3420 Bird Avenue
Coconut Grove, Florida 33173
Attn: Guy Mitchell

Re: *Operating Agreement (the "Operating Agreement") dated February 27, 2006 by and between MHG Casa Madrona Hotel, LLC ("Owner") and The West Paces Hotels Group, LLC ("Operator") with regard to the Casa Madrona, Sausalito, California (the "Hotel")*

Dear Mr. Mitchell:

We represent and write this letter on behalf of Operator. We are writing to you regarding the Operating Agreement. All capitalized terms used herein and not otherwise defined shall have the meanings given to such terms in the Operating Agreement.

On December 11, 2008, Operator notified Owner of one or more defaults by Owner and made demand that Owner cure such defaults. To date, Owner has failed and refused to honor this demand. Owner's failure to honor this demand constitutes an Event of Default under Section 11.1(a) of the Agreement.

This letter shall serve as notice that Operator hereby exercises its right to terminate the Agreement pursuant to Section 3.3(a) of the Agreement. The termination will be effective February 6, 2009 at 11:59 pm (PST). Please contact Bob Warman at (404) 842-7282 (bwarman@westpaceshotels.com) to coordinate the termination procedure and any necessary details.

Operator intends to continue to honor all of Operator's obligations as set forth in the Agreement during the term of the Agreement and thereafter. We expect Owner to honor its current, ongoing and future obligations during the term of the Agreement and thereafter as well. Operator will make itself available, at Owner's convenience, to discuss transition related matters.

3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201-4761 ▪ 214.999.3000 Phone ▪ 214.999.4667 Fax
Austin ▪ Dallas ▪ Houston ▪ Mexico City

Case: 09-12536   Doc# 33-2   Filed: 08/26/09   Entered: 08/26/09 12:02:16   Page 2 of 4

Operator herby reserves all rights and remedies under the Agreement, including, without limitation, the right to bring suit for any current or future unpaid amounts owing pursuant to the Agreement (whether demanded pursuant to the December 11, 2008 letter or otherwise).

Should you have any questions with regard to the Agreement or Operator's termination of the Agreement pursuant to this letter, please contact either the undersigned or Bob Warman.

Very sincerely yours,

*Karen Thiessen*

Karen Thiessen

KLT:bew

cc: The West Paces Hotel Group LLC (via e-mail)
3384 Peachtree Road, Suite 375
Atlanta, Georgia 30326
Attn: Horst Schulze

Guy Mitchell (via overnight mail)
14 Tahiti Beach Island Road
Miami, Florida 33143

Ramsey Law Group (via e-mail)
250 Lafayette Circle, Suite 107
Lafayette, California 94549
Attn: Hussein Saffouri

Troutman Sanders LLP (via overnight mail)
Bank of American Plaza
600 Peachtree Street, Suite 5200
Atlanta, Georgia 30308-2216
Attn: John E. Buehner, Esq.

Federal Deposit Insurance Corporation (via overnight mail)
As Receiver for INTEGRITY BANK
PO Box 2008
11138 State Bridge Road
Alpharetta, Georgia 30022
Attn: Larry Glazener, Gina Micalizio, or David Edwards

Robinson, Jampol, Schleicher & Jacobs LLP (via overnight mail)
500 NorthWinds Center West

11625 Rainwater Drive, Suite 350
Alpharetta, Georgia 30004
Attn: Michael E. Jacobs

DALLAS 2005644v.2