**CPF3**

APPRAISAL OF REAL PROPERTY

**Casa Madrona Hotel & Spa**
**801 Bridgeway**
**Sausalito, Marin County, California 94965**

IN A SELF-CONTAINED APPRAISAL REPORT

As of October 6, 2008

Prepared For:
**Integrity Bank FDIC Receiver**
11140 State Bridge Road
Alpharetta, Georgia 30022



Photograph of Subject Property

Prepared By:
Cushman & Wakefield of California, Inc.
Valuation Services, Capital Markets Group
One Maritime Plaza, Suite #900
San Francisco, California 94111
C&W File ID: 08-31002-9341



CUSHMAN &
WAKEFIELD®
Global Real Estate Solutions℠

As a matter of environmental responsibility, C&W has adopted a corporate wide program to print our appraisal reports double-sided



CUSHMAN & WAKEFIELD OF CALIFORNIA, INC.
ONE MARITIME PLAZA, SUITE #900
SAN FRANCISCO, CALIFORNIA 94111

October 10, 2008

**Integrity Bank FDIC Receiver**
11140 State Bridge Road
Alpharetta, Georgia 30022

Re:     Appraisal of Real Property
        In a Self-Contained Report

        **Casa Madrona Hotel & Spa**
        801 Bridgeway
        Sausalito, Marin County, California 94965

        C&W File ID:  08-31002-9341

Dear Sirs:

In fulfillment of our agreement as outlined in the Letter of Engagement, we are pleased to transmit our appraisal report on the property referenced above.

The value opinion reported below is qualified by certain assumptions, limiting conditions, certifications, and definitions, which are set forth in the report. We particularly call your attention to the following extraordinary assumptions and hypothetical conditions:

| | |
|---|---|
| Extraordinary Assumptions: | This appraisal is based on information obtained from the marketplace regarding the subject property and its competitors. No property specific information was received.   We have assumed market average growth in our projections. |
| | We were not provided access to the property by management. The extent of our limited inspection was to visit the property as guests; therefore, we checked in at the hotel and spent the night. We were able to see a couple of guestrooms and guest corridors, the entrance and lobby area, the spa area, some of the meeting space, garden and terrace areas, the restaurant and bar, and the parking area.  No back of the house facilities were inspected. Several deferred maintenance issues were noticed; however, no capital expenditures estimate was received. |
| | We reserve the right to modify our findings and opinions if information regarding current performance levels at the subject property became available. |
| Hypothetical Conditions: | This appraisal employs no hypothetical conditions. |

The purpose of the appraisal is to develop an opinion of the market value of the fee simple estate, as of October 6, 2008. The appraisal will be used by Integrity Bank FDIC Receiver as an aid in foreclosure action and lending-related activities in relation to the subject property. It may not be distributed to or relied upon by other persons or entities.

CUSHMAN & WAKEFIELD OF CALIFORNIA, INC.

This appraisal report has been prepared in accordance with the *Uniform Standards of Professional Appraisal Practice* of The Appraisal Foundation and the *Standards of Professional Practice* and *Code of Ethics* of the Appraisal Institute. The appraisal is also in compliance with the requirements of the Financial Institutions Reform, Recovery and Enforcement Act (FIRREA).

As a result of our analysis, we formed an opinion that the market value of the fee simple estate in the above-referenced property, subject to the assumptions and limiting conditions, extraordinary assumptions, hypothetical conditions, certifications, and definitions, as of October 6, 2008, was:

### FOURTEEN MILLION ONE HUNDRED THOUSAND DOLLARS

### ($14,100,000 or $223,810 per room)

The opinion of market value includes the land, the improvements thereto, and the contributory value of the furniture, fixtures and equipment. The appraisers assume that the hotel will be, and shall remain, open and operational.

The analysis contained in this appraisal is based upon assumptions, and estimates that are subject to uncertainty and variation. These estimates are often based on data obtained in interviews with third parties, and such data are not always completely reliable. In addition, we make assumptions as to the future behavior of consumers and the general economy, which are highly uncertain. However, it is inevitable that some assumptions will not materialize and unanticipated events may occur that will cause actual achieved operating results to differ from the financial analyses contained in this report and these differences may be achieved. Therefore, while our analysis was conscientiously prepared on the basis of our experience and the data available, we make no warranty that the conclusions presented will, in fact, be achieved. Additionally, we have not been engaged to evaluate the effectiveness of management and we are not responsible for future marketing efforts and other management actions upon which actual results may depend.

We did not ascertain the legal, engineering, and regulatory requirements applicable to the property, including zoning and other state and local government regulations, permits and licenses. No effort has been made to determine the possible impact on the property of present or future federal, state or local legislation, including any environmental or ecological matters or interpretations thereof. With respect to the market demand analysis, our work did not include analysis of the potential impact of any significant rise or decline in local or general economic conditions.

We believe, based on the assumptions employed in our cash flow, as well as our selection of investment parameters for the subject, that the value conclusion represents a market price achievable within one-year exposure prior to the date of value.

VALUATION SERVICES

CUSHMAN & WAKEFIELD.

We take no responsibility for any events, conditions, or circumstances affecting the market that exists subsequent to the last day of our fieldwork, October 6, 2008.

This letter is invalid as an opinion of value if detached from the report, which contains the text, exhibits, and addenda.

Respectfully submitted,

**CUSHMAN & WAKEFIELD OF CALIFORNIA, INC.**

Laura R. Rodriguez
Associate Director
Hospitality & Gaming Group
California General Real Estate Appraiser
N°AG043311
laura.rodriguez@cushwake.com
(415) 391 - 2289 Office Direct
(925) 935-3409 Fax

Robert F. Farwell, MAI
Senior Director
Capitals Market Group
California General Real Estate Appraiser
N°AG016033
Robert.farwell@cushwake.com
(415) 658 - 3698 Office Direct
(415) 773 - 3537 Fax

VALUATION SERVICES

CUSHMAN & WAKEFIELD.

# SUMMARY OF SALIENT FACTS AND CONCLUSIONS

| | |
|---|---|
| Common Property Name: | Casa Madrona Hotel & Spa |
| Location: | 801 Bridgeway<br>Sausalito, Marin County, California 94965 |
| Assessor's Parcel Number: | 065-063-46 / 45 / 29 |
| Interest Appraised: | Fee simple estate, which includes the land, the improvements made thereto, and the contributory value of the furniture, fixtures and equipment. The appraisers assumed that the hotel will be, and shall remain, open and operational. |
| Date of Value: | |
| As-Is | October 6, 2008 |
| Date of Inspection: | Laura R. Rodríguez inspected the property on October 6, 2008. |
| Highest and Best Use | |
| If Vacant: | Development of an appropriately sized lodging facility |
| As Improved: | Continued use as a lodging facility |
| **Site & Improvements** | |
| Zoning: | CC - Central Commercial District |
| Land Area: | ± 1.57 acres |
| | ±68,275 square feet |
| Type: | Five-story full service hotel |
| Year Built: | 1910 |
| Number of Rooms: | 63 |
| Current Condition: | Average |
| Parking: | Approximately 20 surface parking spaces on-site and off-site parking area through valet parking services |
| **Operating Data and Projections** | |
| Projected First Year Occupancy: | 63.0% |
| Projected Stabilized Occupancy: | 65.0% |
| Projected First Year ADR: | $212.41 |
| Projected Stabilized ADR: | $230.80 |
| **Valuation Assumptions** | |
| Stabilized Inflation Rate: | 3.0% |
| Terminal Capitalization Rate: | 12.09% (including a 11.00 percent terminal rate and a 1.0888 percent tax rate ) |
| Cost of Sale at Reversion: | 3.0% |

VALUATION SERVICES                                          CUSHMAN & WAKEFIELD®

| | |
|---|---|
| Holding Period: | 10 years |
| Discount Rate: | 13.00% |

**Opinions of Value**

| | |
|---|---|
| Income Capitalization Approach: | $14,100,000 |
| Sales Comparison Approach: | $12,600,000 to $15,800,000 |
| Cost Approach: | Not Applicable |

**Reconciled Opinions of Market Value**

| | |
|---|---|
| "As Is" Market Value: | $14,100,000 |
| Per Room: | $223,810 |

**Extraordinary Assumptions & Hypothetical Conditions**

Extraordinary Assumptions

An extraordinary assumption is defined by the *USPAP* (2008-2009 Edition, The Appraisal Foundation) as "an assumption, directly related to a specific assignment, which, if found to be false, could alter the appraiser's opinions or conclusions. Extraordinary assumptions presume as fact otherwise uncertain information about physical, legal or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis."

This appraisal is based on information obtained from the marketplace regarding the subject property and its competitors. No property specific information was received. We have assumed market average growth in our projections.

We were not provided access to the property by management. The extent of our limited inspection was to visit the property as guests; therefore, we checked in at the hotel and spent the night. We were able to see a couple of guestrooms and guest corridors, the entrance and lobby area, the spa area, some of the meeting space, garden and terrace areas, the restaurant and bar, and the parking area. No back of the house facilities were inspected. Several deferred maintenance issues were noticed; however, no capital expenditures estimate was received.

Hypothetical Conditions

A hypothetical condition is defined by the *USPAP* (2008-2009 Edition, The Appraisal Foundation) as "that which is contrary to what exists but is supposed for the purpose of analysis. Hypothetical conditions assume conditions contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis."

This appraisal employs no hypothetical conditions.



Subject Property





**Exterior views of subject property**





**Cottage and parking area**



**Lobby area**



**Standard Bay Guestroom**



**Cottage bedroom**



**Bathroom - Guestroom**



**Guestroom Corridor**



**Guestroom Corridor**



**#200s Guestrooms Balcony**



Terrace



Restaurant Poggio entrance



Meeting Space



Kitchen area – cottage guestroom

## TABLE OF CONTENTS

INTRODUCTION ............................................................................. 1

REGIONAL ANALYSIS ................................................................. 5

LOCAL AREA ANALYSIS ........................................................... 14

PROPERTY DESCRIPTION .......................................................... 27

REAL PROPERTY TAXES AND ASSESSMENTS ............................. 33

ZONING .................................................................................... 34

U.S. LODGING INDUSTRY OVERVIEW ....................................... 35

LODGING MARKET SUPPLY AND DEMAND ANALYSIS ................. 43

PROJECTION OF OCCUPANCY AND AVERAGE ROOM RATE .......... 49

HIGHEST AND BEST USE ........................................................... 52

VALUATION PROCESS ............................................................... 54

SALES COMPARISON APPROACH ............................................... 80

RECONCILIATION AND FINAL VALUE OPINION ........................... 87

ASSUMPTIONS AND LIMITING CONDITIONS ............................... 90

CERTIFICATION OF APPRAISAL .................................................. 94

ADDENDA ................................................................................. 96

VALUATION SERVICES



### Identification of Property

The subject of this appraisal is the fee simple estate in the Casa Madrona Hotel & Spa, a 63-room, five-story hotel located in Sausalito, California. The subject site contains ± 1.57 acres and is identified on the Marin County Tax Maps as Assessor's Parcel Number 065-063-46 / 45 / 29. The subject property is located on the southwest side of Bridgeway, in downtown Sausalito, across the street from the Ferry Terminal, overlooking the San Francisco Bay. The subject property's civic address is 801 Bridgeway, Sausalito, California.

### Property Ownership, Sales History, and Current Disposition

| | |
|---|---|
| Current Ownership: | MHG Casa Madrona Hotel LLC |
| Sale History: | To the best of our knowledge, the property has not transferred within the past three years |
| Current Disposition: | To the best of our knowledge, there are no current listings, offers or contracts of sale pending on this property. Should such information be made available to us, we reserve the right to consider such and possibly amend the opinion of value expressed in this report. |

### Operational Assumptions

For the purposes of this report, we assumed that the subject will be operated as a full service, independent hotel with a supporting reservation system. We further assumed that the subject will be operated by competent and experienced management familiar with the operation of full service hotels in the United States, and more specifically, Sausalito, California. For the purpose of this appraisal, we assumed that the subject property could be sold free and clear of a management contract.

This appraisal assumes that the restaurant is leased to an independent operator. Through conversations held with various employees at the property, it was indicated that hotel and restaurant operations are separate. We have assumed market rent level and usual conditions. Further detail is provided in the revenue and expense section of this report.

A spa facility is operated on the second and third floors of the hotel, with approximately four to five treatment rooms, locker rooms, lounge area, etc. We could not ascertain whether the spa was hotel-operated or independent. This appraisal assumes the spa operation as a department of the hotel.

### Purpose, Intended Use and Users of the Appraisal

The purpose of the appraisal is to develop an opinion of the market value of the fee simple estate, as of October 6, 2008. The appraisal will be used by Integrity Bank FDIC Receiver in connection with as an aid in foreclosure action and lending-related activities in relation to the subject property. Intended Users include the client only.

### Scope of Work

This appraisal was prepared without limitation of scope and involved thorough collection, checking and analysis of economic data, sales data, competitive market data and other information required in the appraisal process. We did not receive any information pertaining to the subject property and its current operation, except the address and name of the hotel. We discussed the procedure

to be followed with the client, and we were told not to disclose our presence or engage in discussions with the hotel's management team. The appraisal considers the three standard approaches to value: income capitalization, sales comparison, and cost. Because lodging facilities are income-producing properties that are normally bought and sold on the basis of capitalization of their anticipated stabilized earning power, the greatest weight is given to the value indicated by the income capitalization approach. We find that most hotel investors employ a similar procedure in formulating their purchase decisions, and thus the income capitalization approach most closely reflects the rationale of typical buyers. When appropriate the sales comparison and cost approaches are used to test the reasonableness of the results indicated by the income capitalization approach.

### Dates of Value and Property Inspection

The effective date of value for the appraisal report is October 6, 2008. The property was inspected on October 6, 2008 by Laura R. Rodriguez. Robert F. Farwell, MAI did not inspect the property. The date of the report is October 10, 2008.

### Property Rights Appraised

Fee simple estate, including the contributory value of the furniture, fixtures and equipment was appraised. The appraisers assume that the hotel will be, and shall remain, open and operational.

### Definitions of Value, Interest Appraised, and Other Pertinent Terms

The following definitions of pertinent terms are taken from *The Dictionary of Real Estate Appraisal*, Fourth Edition (2002), published by the Appraisal Institute, as well as other sources.

#### Market Value

Market value is one of the central concepts of the appraisal practice. Market value is differentiated from other types of value in that it is created by the collective patterns of the market. A current economic definition agreed upon by agencies that regulate federal financial institutions in the United States of America follows, taken from Advisory Opinion-22 of *USPAP* of The Appraisal Foundation:

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;

2. Both parties are well informed or well advised, and acting in what they consider their own best interests;

3. A reasonable time is allowed for exposure in the open market;

4. Payment is made in terms of cash in US dollars or in terms of financial arrangements comparable thereto; and

5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

Case: 09-12536    Doc# 33-3    Filed: 08/26/09    Entered: 08/26/09 12:02:16    Page 18 of 30

Fee Simple Estate

Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat.

Leased Fee Interest

An ownership interest held by a landlord with the rights of use and occupancy conveyed by lease to others. The rights of the lessor (the leased fee owner) and the lessee are specified by contract terms contained within the lease.

Leasehold Interest

The interest held by the lessee (the tenant or renter) through a lease transferring the rights of use and occupancy for a stated term under certain conditions.

Going Concern

An operating business enterprise that is expected to continue.

Cash Equivalence

A price expressed in terms of cash, as distinguished from a price expressed totally or partly in terms of the face amounts of notes or other securities that cannot be sold at their face amounts. Calculating the cash-equivalent price requires an appraiser to compare transactions involving atypical financing to transactions involving comparable properties financed at typical market terms.

Value As Is

The value of specific ownership rights of an identified parcel of real estate as of the effective date of the appraisal; relates to what physically exists and excludes all assumptions concerning hypothetical conditions.

Prospective Value Opinion

A forecast of the value expected at a specified future date. A prospective value opinion is most frequently sought in connection with real estate projects that are proposed, under construction, or under conversion to a new use, or that have not achieved sellout or a stabilized level of long-term occupancy at the time the appraisal report is written.

Prospective Value Upon Reaching Stabilized Occupancy

The value of a property at a point in time when all improvements have been physically constructed and the property has been leased to its optimum level of long-term occupancy. At such point, all capital outlays for tenant improvements, leasing commissions, marketing costs, and other carrying charges are assumed to have been incurred.

**Exposure Time and Marketing Time**

Exposure Time

Under Paragraph 3 of the Definition of Market Value, the value opinion presumes that "A reasonable time is allowed for exposure in the open market". Exposure time

Case: 09-12536   Doc# 33-3   Filed: 08/26/09   Entered: 08/26/09 12:02:16   Page 19 of 30

is defined as the length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at the market value on the effective date of the appraisal. Exposure time is presumed to precede the effective date of the appraisal.

The reasonable exposure period is a function of price, time and use. It is not an isolated opinion of time alone. Exposure time is different for various types of property and under various market conditions. As noted above, exposure time is always presumed to precede the effective date of appraisal. It is the length of time the property would have been offered prior to a hypothetical market value sale on the effective date of appraisal. It is a retrospective opinion based on an analysis of past events, assuming a competitive and open market. It assumes not only adequate, sufficient, and reasonable time, but also adequate, sufficient and reasonable marketing effort. Exposure time and conclusion of value are therefore interrelated.

Based on our review of national investor surveys, discussions with market participants and information gathered during the sales verification process, a reasonable exposure time for the subject property at the value concluded within this report would have been approximately twelve (12) months. This assumes an active and professional marketing plan would have been employed by the current owner.

Marketing Time

Marketing time is an opinion of the time that might be required to sell a real property interest at the concluded market value level. Marketing time is presumed to start during the period immediately after the effective date of an appraisal. (Marketing time is subsequent to the effective date of the appraisal and exposure time is presumed to precede the effective date of the appraisal). The opinion of marketing time uses some of the same data analyzed in the process of developing a reasonable exposure time opinion as part of the appraisal process and it is not intended to be a prediction of a date of sale or a one-line statement.

We believe, based on the assumptions employed in our analysis, as well as our selection of investment parameters for the subject, that our value conclusion represents a price achievable within a period of approximately twelve months.

**Legal Description**

A legal description is included in the addenda.

Case: 09-12536   Doc# 33-3   Filed: 08/26/09   Entered: 08/26/09 12:02:16   Page 20 of 30

**Market Outlook**

The San Francisco economy, though not unscathed by recessionary economic conditions felt throughout the nation in second quarter 2008, showed signs of strength. The region is expected to outperform much of the nation and be one of a few California metro areas to avoid recession.

- Job growth remains broad based with gains in tech-producing manufacturing and services. Potential for global manufacturing and service industries in San Francisco remains positive, especially as the falling dollar makes work done in the region more competitive.

- The San Francisco area is positioned to benefit from a shift from domestic consumption to foreign demand, particularly from the Pacific Rim.

- The high cost of living and doing business in the region does have an impact on potential growth, however, average economic performance is still expected over the long term.

**Market Definition**

The City and County of San Francisco (San Francisco) encompasses 47 square miles at the northern tip of the San Francisco Peninsula. San Francisco is the central city within the greater San Jose-San Francisco-Oakland Combined Statistical Area (CSA), which includes the Metropolitan Statistical Areas (MSAs) of San Francisco-Oakland-Fremont (San Francisco-San Mateo-Redwood City Metropolitan Division (comprised of San Francisco, San Mateo and Marin Counties), and Oakland-Fremont-Hayward Metropolitan Division (comprised of Contra Costa and Alameda Counties), San Jose-Sunnyvale-Santa Clara (Santa Clara and San Benito Counties), Santa Cruz-Watsonville (Santa Cruz County), Santa Rosa-Petaluma (Sonoma County), Napa (Napa County) and Vallejo-Fairfield (Solano County).

**SAN JOSE-SAN FRANCISCO-OAKLAND COMBINED STATISTICAL AREA**
**Component Counties**



*Source: Cushman & Wakefield Research*

**CUSHMAN & WAKEFIELD**

### Current Trends

The City of San Francisco economy is the strongest among its bay area neighbors. Employment increased in first quarter 2008 over the previous quarter at an annualized rate of more than 1.0 percent, a contrast to the declines recorded elsewhere in California and the U.S. Also, unemployment saw a decline in first quarter, as the labor force expanded. Although cutbacks in financial services have occurred, they have been relatively small, and are offset by continued expansion of professional and business services in the region.

There exists a broad base of growth from professional and business services and tech-producing industries, including expansion of biotech, and leisure and hospitality. According to the State of California Employment Development Department, between June 2007 and June 2008, industry employment in the region rose by 12,800 jobs, or 1.3 percent. Though there has been a slowdown in recent months, most major industries contributed to the overall job expansion. Professional and Business services netted 6,100 jobs, where computer systems design added 1,200 jobs, and janitorial and other services to buildings and dwellings rose by 1,000 jobs. Leisure and hospitality added 3,400 jobs; with the gains largely at full-service restaurants, along with hotels and motels contributing to the expansion. The only year-over-year decreases in jobs occurred in financial activities, down 800 jobs, along with trade, transportation and utilities which shed 500 jobs. Innovation and foreign links are helping San Francisco moderate the effects of the housing and consumer downturn.

In second quarter 2008, San Francisco's travel industry continues to fare well evidenced by rising domestic and international passenger arrivals (an 8.3 percent increase over June 2007) at San Francisco International Airport. Hotel occupancy rates were up in April 2008 at 78.1 percent (1.4 percent over prior year), accompanied by a 4.7 percent increase in hotel room rates over the prior year. Although domestic arrivals are strongest, through June 2008, there has been an increase of 5.5 percent over June 2007 in international arrivals as well.

San Francisco's housing market remains among the least affordable housing markets in the United States. The affluence of the San Francisco area has insulated it from some of the subprime excesses, while strict land controls and rent regulations help limit overbuilding. The region's skilled labor force along with high household wealth helps to keep the middle and high tiers of the market in somewhat better condition. According to the Reis Observer, June 16, 2008 report, "although housing prices in the San Francisco Bay area are down 17 percent in the 12 months through February and 8 percent over the first two months of 2008 alone, prices within the city of San Francisco are up 0.3 percent. Prices in San Mateo County and "high-end" Marin County, also in the West Bay area, are down a little more than 4 percent over a year, while houses across the bay in Alameda and Contra Costa Counties are down 18 percent and 27 percent. The California Association of Realtors puts the March median home sales price at $704,580, down 10.2 percent year-over-year."

### Economics

San Francisco's economy is well diversified, but it remains sensitive to the health of its business services, technology and tourism sectors.

- In 2008, San Francisco's gross product growth is forecast to exceed the Top 100's 1.7 percent with 2.6 percent; the first time since 2000.
- Looking forward through 2012, the city's gross product is forecast to average annual growth of 3.7 percent—outpacing the 2.8 percent growth rate projected for the Top 100.

In the following exhibit and all subsequent time-series graphs, the shaded bars indicate periods of U.S. economic recession. The referenced Top 100 Metro Areas are comprised of the 100 largest metropolitan statistical areas within the U.S. in terms of total employment as of 2007.

Case: 09-12536   Doc# 33-3   Filed: 08/26/09   Entered: 08/26/09 12:02:16   Page 22 of 30

### REAL GROSS PRODUCT GROWTH BY YEAR
#### San Francisco County vs. Top 100
#### 1997 – 2012



Source: Data Courtesy of Moody's Economy.com, Cushman & Wakefield Research

- San Francisco is forecast to have an annual average employment growth of 1.0 percent between 2007 and 2012. By comparison, the Top 100 is forecast to increase by an annual average of 1.1 percent.

- San Francisco's unemployment rate moderated in 2006 closing the year at 4.2 percent, below the Top 100 rate of 4.5 percent. San Francisco's unemployment increased slightly in 2007 to 4.3 percent, still below the 4.4 percent for the Top 100.

- Through the forecast period, although San Francisco's unemployment rate is expected to increase, the region is forecast to fall below the Top 100's unemployment.

### TOTAL EMPLOYMENT GROWTH AND UNEMPLOYMENT RATE BY YEAR
#### San Francisco County vs. Top 100
#### 1997 – 2012



Source: Data Courtesy of Moody's Economy.com, Cushman & Wakefield Research

As illustrated in the following exhibit, San Francisco's employment base differs substantially from the Top 100. San Francisco's industry composition reflects that the city is a financial center for the West Coast and remains a popular tourist destination.

- In comparison to the Top 100, San Francisco is much more heavily weighted in the employment sectors of Professional & Business Services, Financial Activities, and Leisure & Hospitality. In 2008, these sectors continued to be most prominent for the

---

Case: 09-12536    Doc# 33-3    Filed: 08/26/09    Entered: 08/26/09 12:02:16    Page 23 of 30

region's employment base, however, the Financial Activities sector has shown a decline in employment due to the current real estate and credit related crises.

- On the other hand, the city's employment has significantly lower concentrations in the Manufacturing sector as well as the Trade, Transportation and Utilities sector.

**EMPLOYMENT BY SECTOR**
San Francisco County vs. Top 100
2007 Estimates



*Source: Data Courtesy of Moody's Economy.com, Cushman & Wakefield Research*

According to the 2007 Fortune 500 list, San Francisco is home to six of the nation's *Fortune 500* corporations: McKesson Corporation (ranked 18), Wells Fargo & Company (41), Gap, Inc. (162), PG&E Corporation (200), The Charles Schwab Corporation (402), and URS (449).

**Demographics**

San Francisco is a desirable yet expensive place to live and is populated by an older-than-average population.

- San Francisco's labor pool is highly skilled and highly compensated. Therefore, it is no surprise that its average annual household income is 38.0 percent higher than that of the U.S. overall and 26.0 percent higher than that of the Top 100.

- San Francisco's 30.8 percent share of households in the $100,000 plus annual income cohort is far greater than the 21.4 percent share across the Top 100.

- The population's educational breakdown follows a similar pattern to incomes. Nearly 45.0 percent of San Francisco's population has either a bachelor or a graduate degree, compared to only 28.0 percent of the population across the Top 100.

Case: 09-12536    Doc# 33-3    Filed: 08/26/09    Entered: 08/26/09 12:02:16    Page 24 of 30

| Demographic Characteristics San Francisco County vs. Top 100 MSAs and U.S. 2007 Estimates | | | |
|---|---|---|---|
| Characteristic | San Francisco County | Top 100 Metro Areas | U.S. |
| Median Age (years) | 40.3 | 36.3 | 36.5 |
| Average Annual Household Income | $91,845 | $73,173 | $66,670 |
| Median Annual Household Income | $64,696 | $54,652 | $49,314 |
| *Households by Annual Income Level:* | | | |
| <$25,000 | 21.0% | 21.2% | 23.9% |
| $25,000 to $49,999 | 19.7% | 25.1% | 26.8% |
| $50,000 to $74,999 | 16.6% | 19.5% | 19.5% |
| $75,000 to $99,999 | 12.4% | 12.8% | 11.9% |
| $100,000 plus | 30.8% | 21.4% | 17.9% |
| *Education Breakdown:* | | | |
| < High School | 19.0% | 18.4% | 19.4% |
| High School Graduate | 14.0% | 26.0% | 28.4% |
| College < Bachelor Degree | 22.4% | 27.8% | 27.6% |
| Bachelor Degree | 28.4% | 17.8% | 15.7% |
| Advanced Degree | 16.2% | 10.1% | 8.9% |

Source: Nielsen Claritas, Inc., Cushman & Wakefield Research

- San Francisco is effectively built-out and the population will not increase until higher density developments currently underway are completed.

- Between 2007 and 2012, San Francisco's population is forecast to grow an average of 0.6 percent annually, again below the Top 100 projected growth rate of 1.0 percent.

### POPULATION GROWTH BY YEAR
### San Francisco County vs. Top 100
### 1997 – 2012



*Source: Data Courtesy of Moody's Economy.com, Cushman & Wakefield Research*

CUSHMAN & WAKEFIELD.

Case: 09-12536   Doc# 33-3   Filed: 08/26/09   Entered: 08/26/09 12:02:16   Page 25 of 30

In stark contrast to San Francisco, population growth within the Bay Area has been strongest in Contra Costa, where there is more developable land, relatively lower construction costs and somewhat less anti-growth sentiment than in the more urbanized Bay Area counties. (San Benito County has grown at a faster rate, but comprises only a tiny fraction of the Bay Area's population.)

| Annualized Population Growth by County  San Francisco County vs. San Jose-San Francisco-Oakland CSA Counties  1997 – 2012 | | | | | |
|---|---|---|---|---|---|
| Population (000s) | 1997 | 2007 | 2012 Forecast | Annual Growth 97-07 | Annual Growth 07-12 |
| United States | 273,048.3 | 301,956.9 | 315,357.8 | 1.0% | 0.9% |
| Top 100 MSAs | 174,757.2 | 196,111.9 | 205,915.1 | 1.2% | 1.0% |
| San Jose-San Francisco-Oakland CSA | 6,844.0 | 7,264.9 | 7,564.6 | 0.6% | 0.8% |
| Santa Clara County | 1,637.4 | 1,749.0 | 1,832.0 | 0.7% | 0.9% |
| Alameda County | 1,380.4 | 1,464.2 | 1,512.6 | 0.6% | 0.7% |
| Contra Costa County | 903.0 | 1,019.6 | 1,091.5 | 1.2% | 1.4% |
| San Francisco County | 763.0 | 765.0 | 786.3 | 0.0% | 0.6% |
| San Mateo County | 697.5 | 707.0 | 733.4 | 0.1% | 0.7% |
| Sonoma County | 437.1 | 464.4 | 494.0 | 0.6% | 1.2% |
| Solano County | 371.9 | 408.6 | 411.1 | 0.9% | 0.1% |
| Santa Cruz County | 245.3 | 251.7 | 256.5 | 0.3% | 0.4% |
| Marin County | 241.8 | 248.1 | 257.4 | 0.3% | 0.7% |
| Napa County | 119.8 | 132.6 | 134.5 | 1.0% | 0.3% |
| San Benito County | 46.7 | 54.7 | 55.2 | 1.6% | 0.2% |

Source: Data Courtesy of Moody's Economy.com, Cushman & Wakefield Research

San Francisco's median household income for 2007 was estimated at $64,700—nearly 18.5 percent above the Top 100 median of $54,600.

- Between 1997 and 2007, San Francisco's 2.4 percent average annual growth in median household income was slightly less than the Top 100 average growth rate of 2.7 percent.

- Through 2012, San Francisco's median household income growth is projected to grow at an annual average of 2.3 percent, matching the projected Top 100 average of 2.3 percent.

Case: 09-12536    Doc# 33-3    Filed: 08/26/09    Entered: 08/26/09 12:02:16    Page 26 of 30

## MEDIAN HOUSEHOLD INCOME DISTRIBUTION BY ZIP CODE
### San Francisco County, 2007



**2007 Median Household Income**

- Under $50,000
- $50,000 to $75,000
- $75,001 to $100,000
- $100,001 and above

0   1.5   3
miles

*Source: Nielsen Claritas, Inc., Cushman & Wakefield Research*

### Market Competitiveness

Though economic uncertainty prevailed in second quarter 2008, the San Francisco economy is expected to outperform most of the nation, and according to Moody's Economy.com's April 2008 metro overview, San Francisco "will be one of just a few California metro areas that avoids recession."

- In its favor, San Francisco remains the center of finance and trade for much of the West, and it benefits from a highly skilled labor force and a concentration of leading universities.

- An expanding global economy creates potential demand for San Francisco's global manufacturing and service industries.

- The travel and tourism industry is strong, supported by the weakened dollar and corporate travel.

- Acceleration in the region's biotech sector, benefiting from private and university research, will continue to support economic development, especially in the Mission Bay area.

Case: 09-12536   Doc# 33-3   Filed: 08/26/09   Entered: 08/26/09 12:02:16   Page 27 of 30

Among its weaknesses, both the high cost of living in the metropolitan's division—42.0 percent above the U.S. average—and the cost of doing business 33.0 percent greater than the U.S. overall, act to subdue economic growth.

**CUSHMAN & WAKEFIELD.**

Case: 09-12536    Doc# 33-3    Filed: 08/26/09    Entered: 08/26/09 12:02:16    Page 28 of 30

## Regional Map



Copyright © 1988-2003 Microsoft Corp. and/or its suppliers. All rights reserved. http://www.microsoft.com/mappoint
© Copyright 2002 by Geographic Data Technology, Inc. All rights reserved. © 2002 Navigation Technologies. All rights reserved. This data includes information taken with permission from Canadian authorities © 1991-2002 Government of Canada (Statistics Canada and/or Geomatics Canada), all rights reserved.

The subject property is located on the southwest side of Bridgeway, in downtown Sausalito, across the street from the Ferry Terminal, overlooking the San Francisco Bay. The subject property is surrounded by:

- Bridgeway, the Ferry Terminal, and the Bay to the northeast
- Various retail/commercial uses to the north
- Various retail/commercial uses to the south
- Residential use to the west

Sausalito is a San Francisco Bay Area city, located in Marin County, California. The community is situated near the northern end of the Golden Gate Bridge, and prior to the building of that bridge served as a terminus for rail, car and ferry traffic. Developed rapidly as a shipbuilding center in World War II, the city's industrial character gave way in postwar years to a reputation as an artistic enclave, as a picturesque residential community (incorporating large numbers of houseboats), and as a tourist destination. It is adjacent to and largely bounded by, the protected spaces of the Golden Gate National Recreation Area.

Sausalito encompasses both steep, wooded hillside and shoreline tidal flats. According to the United States Census Bureau, the city has a total area of 2.2 square miles (5.8 km²). Notably, only 1.9 square miles (4.9 km²) of it is land. A full 15.18% of the city (0.3 square miles, or 0.9 km²) is under water, and has been so since 1868.

In the 1870s, the North Pacific Coast Railroad (NPC) extended its tracks southward to a new terminus in Sausalito, where a rail yard and ferry to San Francisco were established. The NPC was acquired by the North Shore Railroad in 1902, which in turn was absorbed in 1907 by the Southern Pacific affiliate, the Northwestern Pacific. By 1926, a major auto ferry across the Golden Gate was established, running to the Hyde Street Pier in San Francisco. This ferry was an integral part of old U.S. Highway 101 and a large influx of automobile traffic, often parked or idling in long queues, became a dominant characteristic of the town. The opening of the Golden Gate Bridge in May 1937 made large-scale ferry operations redundant.

One of its sister cities is Viña del Mar, Chile, which features both a Sausalito Stadium and a Sausalito Lagoon. Conversely, Sausalito's main plaza is named Viña del Mar in honor of the Chilean town. Additionally, Sausalito has many springs, and was once a common destination for early mariners to get fresh water.

**Demand Generators**

Following are a few of the demand generators located within the subject's local area.

The **Golden Gate National Recreation Area** (GGNRA) is a U.S. National Recreation Area administered by the National Park Service that surrounds the San Francisco Bay area. It is one of the most visited units of the National Park system in the United States, with over 13 million visitors a year. It is also one of the largest urban parks in the world, with a size two-and-a-half times that of the consolidated city and county of San Francisco.

The park is not one continuous locale, but rather a collection of areas that stretch from northern San Mateo County to southern Marin County, and includes several areas of San Francisco. The park is as diverse as it is expansive; it contains famous tourist attractions such as Muir Woods National Monument, Alcatraz, and the Presidio of San Francisco. The GGNRA is also home to 1,273 plant and animal species, encompasses 59 miles (95 km) of bay and ocean shoreline and has military fortifications that span centuries of California history, from the Spanish conquistadors to Cold War-era Nike missile sites.

CUSHMAN & WAKEFIELD.