UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

MHG CASA MARDONA, LLC,                                                              No. 09-12536

Debtor(s).
_____/

Memorandum on Objection to Employment
_____

    The court is embarrassed to note that it missed the objection of the U.S. Trustee to the employment of Wendel Rosen as debtor's counsel. However, it did fully review the application and found no disqualifying conflict. It also deleted any reference in the employment order to terms of employment.

    In light of the objection, the court will *sua sponte* reconsider its approval of the employment on October 2, 2009, at 10:00 A.M. Wendel Rosen and the U.S. Trustee may appear and state their positions at that time. Until and unless the court decides its order was improvident, it remains in effect.

Dated: September 9, 2009

                                                Alan Jaroslovsky
                                                U.S. Bankruptcy Judge

2