1  John T. Hansen (CA34639)
   jhansen@nossaman.com
2  James H. Vorhis (CA245034)
   jvorhis@nossaman.com
3  Nossaman LLP
   50 California Street, 34th Floor
4  San Francisco, CA 94111
   Telephone: 415.398.3600
5  Facsimile: 415.398.2438

6  Attorneys for FEDERAL DEPOSIT INSURANCE
   CORPORATION as Receiver for Integrity Bank

7

8

9

10                    UNITED STATES BANKRUPTCY COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12   MHG CASA MADRONA HOTEL, LLC,          Case No: 09-12536

13              Debtor,
                                           **DECLARATION OF LANCE DORÉ IN
14                                         SUPPORT OF MOTION FOR RELIEF
                                           FROM STAY**
15

16
                                           Date: November 12, 2009
17                                         Time: 10:00 a.m.

18

19

20

21

22

23

24

25

26

27

28

242297_1                                              Case No. 09-12536

Case: 09-12536    Doc# 103    Filed: 11/05/09    Entered: 11/05/09 14:38:01    Page 1 of 2

I, Lance W. Doré, declare:

1.  I am a California Certified General Real Estate Appraiser, A Member of the Appraisal Institute, and I am employed by PGP Valuation, Inc., 750 B Street, Suite 3250, San Diego, California.  The matters stated in this declaration are known to me of my own personal knowledge.

2.  Together with my colleague Lourdes Alamilla, I conducted an appraisal of the Casa Madrona Hotel, 801 Bridgeway, Sausalito Hotel, for the Federal Deposit Insurance Corporation.  A true and correct copy of the report of appraisal prepared by Ms Alamilla and me is attached hereto.

3,  As indicated in the report of appraisal, I believe the fair market value of the Casa Madrona Hotel as of October 15, 2009, is $11,000,000.

I declare under penalty of perjury that I have read the foregoing, that it is true and correct and that I would be competent to so testify.

Executed at San Diego, California, on November 4, 2009.



Lance W. Doré, MAI

242297_1

Case No. 09-12536

PROOF OF SERVICE

Case: 09-12536    Doc# 103    Filed: 11/05/09    Entered: 11/05/09 14:38:01    Page 2 of 2