FRIEDMAN DUMAS & SPRINGWATER LLP
ANDREA T. PORTER (S.B. NO. 095984)
M. ELAINE HAMMOND (S.B. NO. 197444)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044

*Proposed* Attorneys for Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>MHG CASA MADRONA HOTEL, LLC,<br><br>Debtor. | Chapter 11 Case No. 09-12536<br><br>**APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF CB RICHARD ELLIS, INC. AS COMMERCIAL REAL ESTATE BROKER FOR CHAPTER 11 TRUSTEE**<br><br>Date: January 15, 2010<br>Time: 10:00 a.m.<br>Place: 99 South "E" Street<br>Santa Rosa, CA 95404 |

**TO THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY JUDGE:**

Randy Michelson, duly-appointed trustee (the "Trustee") in the above-captioned Chapter 11 case of MHG Casa Madrona Hotel, LLC (the "Debtor"), submits this application for an order, under section 327 of the Bankruptcy Code, authorizing the Trustee to employ CB Richard Ellis, Inc. ("CBRE") , a commercial real broker, and its licensed real estate salesperson Jeffrey A. Roe, First Vice President of CBRE Hotels and an expert in the marketing and sale of boutique hotels in accordance with the proposed exclusive listing

agreement (the "Agreement") a copy of which is attached as Exhibit A to the declaration of Jeffrey A. Roe, filed and served herewith.

## I. STATUS OF THE CHAPTER 11 CASE

The Federal Deposit Insurance Corporation ("FDIC") as receiver for Integrity Bank, filed a complaint against the Debtor in the United States District Court for the Northern District of California and, in April 2009, that court appointed Mr. Kyle Green as receiver for the Casa Madrona Hotel (the "Hotel"), a property operated by the Debtor in Sausalito, California. The FDIC also began a non-judicial foreclosure action against the Debtor.

The Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code on August 10, 2009. The Office of the United States Trustee appointed the Trustee pursuant to orders of the Court entered on October 5 and October 8, 2009. The Trustee is operating the Hotel in accordance with section 1108 of the Bankruptcy Code.

The Trustee has filed an application for the authority to employ Friedman Dumas & Springwater LLP as counsel in this matter, which is pending before the Court.

The Trustee now seeks an order to engage CBRE and Jeffrey A. Roe for the purpose of marketing the Hotel in preparation for a sale of the Hotel.

## II. EMPLOYMENT OF COMMERCIAL REAL ESTATE BROKER

The Trustee proposes to enter into the Agreement with CBRE subject to an order of this Court. CBRE is experienced in the marketing and sale of specialized, high-end boutique hotels and has been the broker of record in the successful sale of numerous unique properties such as the Hotel. CBRE is the world's largest commercial real estate firm. More than 150 professionals in strategic markets worldwide form the CBRE group dedicated to hotel transactions.

Mr. Roe and his colleague Michael Blahosky will be responsible for this transaction. Mr. Roe is a First Vice President of CBRE Hotels based in San Francisco. Mr. Blahosky, also a First Vice President, is based in Los Angeles. Both individuals have extensive knowledge of the western region's hospitality market and they will also work

{00482407.DOC v 1}     2     APPLICATION TO EMPLOY CB RICHARD ELLIS, INC.

Case: 09-12536    Doc# 118    Filed: 12/15/09    Entered: 12/15/09 10:51:38    Page 2 of 4

closely with the entire CBRE Hotels transaction team to identify and engage the most likely and aggressive buyer audience.

### A. Services to be rendered

The Trustee seeks to employ CBRE to design and implement a marketing plan for the Hotel that includes wide dissemination of the proposed sale to targeted purchasers. CBRE will assists the Trustee is preparing for the sale of the Hotel after the conclusion of the marketing effort in a sale that the Trustee and CBRE hope will generate multiple offers.

CBRE already maintains a list of persons likely to be interested in purchasing the Hotel, some of whom have already contacted the Trustee to express interest in such purchase. The Trustee believes that it is critical to the success of this Chapter 11 case to engage CBRE as soon as possible.

CBRE has toured the Hotel and conducted extensive interviews with current management and employees. CBRE is ready and willing to provide the foregoing services to the Trustee if the Court so orders.

### B. Disinterestedness of professionals

As set forth herein and in the declaration of Jeffrey A. Roe filed and served herewith, to the best of the Trustee's knowledge, CBRE has no connection with the Debtors, the creditors, the United States Trustee, any other party in interest in this case, or their respective attorneys and accountants.

Based upon the foregoing, the Trustee believes CBRE does not hold or represent an interest adverse to the Trustee, the Debtor, or the bankruptcy estate and is a disinterested person as that term is defined in Bankruptcy Code section 101(14) in that CBRE and its employees (i) are not or were not a creditor, an equity security holder, or an insider of the Debtor; (ii) are not or were not, within two years before the date of the filing of the petition, a director, officer or employee of the Debtor; and (iii) do not have an interest materially adverse to the interest of the estate or of any class or creditors or equity security

{00482407.DOC v 1}   3   APPLICATION TO EMPLOY CB RICHARD ELLIS, INC.

Case: 09-12536   Doc# 118   Filed: 12/15/09   Entered: 12/15/09 10:51:38   Page 3 of 4

holders, by reasons of any direct or indirect relationship to, connection with, or interest in the Debtor for any other reason.

C. **Professional compensation**

CBRE expects to receive compensation in accordance with the Agreement.

Copies of this application and the supporting declaration are being served on counsel for the FDIC, counsel for the Debtor, Mr. Mitchell, the Office of the United States Trustee, the holders of the twenty largest unsecured claims in the Chapter 11 case, and all persons having filed and served requests for notice in the Chapter 11 case.

WHEREFORE, the Trustee requests that the Court enter its order authorizing the Trustee to employ CBRE and Jeffrey A. Roe as commercial real estate broker in the Chapter 11 case in accordance with the Agreement, and for such other relief as is appropriate.

Dated: December 14, 2009    FRIEDMAN DUMAS & SPRINGWATER LLP

By: */s/ Andrea T. Porter*
    Andrea T. Porter
    *Proposed* Counsel for the Trustee