FRIEDMAN DUMAS & SPRINGWATER LLP
ANDREA T. PORTER (S.B. NO. 095984)
M. ELAINE HAMMOND (S.B. NO. 197444)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044

*Proposed* Attorneys for Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>MHG CASA MADRONA HOTEL, LLC,<br><br>Debtor. | Chapter 11 Case No. 09-12536<br><br>**APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF GARHWAL, CHAN & WILLIAMS AS ACCOUNTANT FOR CHAPTER 11 TRUSTEE**<br><br>Date: January 15, 2010<br>Time: 10:00 a.m.<br>Place: 99 South "E" Street<br>Santa Rosa, California |

**TO THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY JUDGE:**

Randy Michelson, duly-appointed trustee (the "Trustee") in the above-captioned Chapter 11 case of MHG Casa Madrona Hotel, LLC (the "Debtor"), submits this application for an order, under section 327 of the Bankruptcy Code, authorizing the Trustee to employ Garhwal, Chan & Williams ("GC&W") as accountant for the Trustee. The Trustee files the declaration of Hari R. Garhwal in support of this application.

{00481217.DOC v 1}

APPLICATION TO EMPLOY
GARHWAL, CHAN & WILLIAMS

## I. STATUS OF THE CHAPTER 11 CASE

The Federal Deposit Insurance Corporation ("FDIC") as receiver for Integrity Bank, filed a complaint against the Debtor in the United States District Court for the Northern District of California and, in April 2009, that court appointed Mr. Kyle Green as receiver for the Casa Madrona Hotel (the "Hotel"), a property operated by the Debtor in Sausalito, California. The FDIC also began a non-judicial foreclosure action against the Debtor.

The Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code on August 10, 2009. The Office of the United States Trustee appointed the Trustee pursuant to orders of the Court entered on October 5 and October 8, 2009. The Trustee is operating the Hotel in accordance with section 1108 of the Bankruptcy Code.

The Trustee has filed an application for the authority to employ Friedman Dumas & Springwater LLP as counsel in this matter, which is pending before the Court.

The Trustee now seeks an order to engage GC&W as her accountants.

## II. EMPLOYMENT OF ACCOUNTANT

**A.      Services to be rendered**

The Trustee proposes to engage GC&W subject to an order of this Court. GC&W, founded in 1996, is a firm with extensive Chapter 11 experience in accounting, tax, and tax planning. GC&W will advise the Trustee on all matters related to taxation and accounting and will prepare the tax returns required of the estate.

**B.      Disinterestedness of professionals**

As set forth herein and in the declaration of Hari R. Garhwal, to the best of the Trustee's knowledge, GC&W has no connection with the Debtor, the creditors, the United States Trustee, any other party in interest in this case, or their respective attorneys and accountants.

Based upon the foregoing, the Trustee does not believe that GC&W holds or represent an interest adverse to the Trustee, the Debtor, or the bankruptcy estate and is a disinterested

person as that term is defined in Bankruptcy Code section 101(14) in that GC&W and its employees (i) are not or were not a creditor, an equity security holder, or an insider of the Debtor; (ii) are not or were not, within two years before the date of the filing of the petition, a director, officer or employee of the Debtor; and (iii) do not have an interest materially adverse to the interest of the estate or of any class or creditors or equity security holders, by reasons of any direct or indirect relationship to, connection with, or interest in the Debtor for any other reason.

**C.     Professional compensation**

GC&W has received no retainer for services to be rendered. The Trustee has agreed to pay GC&W its standard hourly rates as limited by and consistent with the Local Rules and the relevant Guidelines of the Court, all being subject to approval by the Bankruptcy Court after hearing upon notice as provided in the Bankruptcy Code or orders of the Court. Mr. Garhwal's current hourly rate is $495; the current hourly rates for GC&W staff range between $160 and $495.

The Trustee also understands that it is the policy of GC&W to charge its clients for expenses incurred in connection with the clients' cases. The expenses charged to clients include, among other things, long-distance telephone charges, facsimile charges, mail and express mail charges, special or hand delivery charges, photocopying charges, computerized research, and transcription costs, as well as allowable expenses that exceed overhead, again as limited by and consistent with the Local Rules and Guidelines.

Copies of this application and the supporting declaration are being served on counsel for the FDIC, counsel for the Debtor, Mr. Mitchell, the Office of the United States Trustee, the holders of the twenty largest unsecured claims in the Chapter 11 case, and all persons having filed and served requests for notice in the Chapter 11 case.

{00481217.DOC v 1}

3

APPLICATION TO EMPLOY
GARHWAL, CHAN & WILLIAMS

Case: 09-12536    Doc# 120    Filed: 12/15/09    Entered: 12/15/09 12:25:06    Page 3 of 4

WHEREFORE, the Trustee requests that the Court order authorize the Trustee to employ GC&W as accountants in the Chapter 11 case and for such other relief as is appropriate.

Dated: December 15, 2009

FRIEDMAN DUMAS & SPRINGWATER LLP

By: */s/ Andrea T. Porter*
Andrea T. Porter
*Proposed* Counsel for the Trustee