1  John T. Hansen (CA34639)
   jhansen@nossaman.com
2  James H. Vorhis (CA245034)
   jvorhis@nossaman.com
3  Nossaman LLP
   50 California Street, 34th Floor
4  San Francisco, CA 94111
   Telephone: 415.398.3600
5  Facsimile:  415.398.2438

6  Attorneys for FEDERAL DEPOSIT INSURANCE
   CORPORATION as Receiver for Integrity Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| MHG CASA MADRONA HOTEL, LLC, | Case No: 09-12536 |
|---|---|
| Debtor, | **DECLARATION OF CHARLES P. FARRELL, JR. IN SUPPORT OF RENEWED MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: January 14, 2010<br>Time: 9:00 a.m. |

I, Charles P. Farrell, Jr., declare:

1. I am currently employed by the Federal Deposit Insurance Corporation (FDIC) in its capacity as receiver of Integrity Bank of Alpharetta, Georgia. The matters stated in the declaration are known to me of my own personal knowledge, except as to matters stated on information and belief, which I believe to be true.

2. I am assigned to the account of MHG Casa Madrona Hotel, LLC ("Debtor"), which is the largest single borrower of Integrity Bank.

3. After becoming receiver of Integrity Bank, the FDIC caused the Casa Madrona Hotel in Sausalito, California to be appraised. The FDIC obtained two such appraisals in October 2008.

4. An appraisal of Cushman & Wakefield concluded that the value of the hotel on October 6, 2008 was $14,100,000. A true and correct copy of the transmittal letter for the appraisal report of Cushman & Wakefield is attached to this declaration as Exhibit CF1.

5. An appraisal of PGP Valuation, Inc. concluded that the value of the hotel on October 23, 2008 was $16,600,000. A true and correct copy of the transmittal letter for the appraisal report of PGP Valuation, Inc. is attached to this declaration as Exhibit CF2.

6. After causing a notice of default to be recorded in March 2009 and in anticipation of conducting a trustee's sale under its deed of trust, the FDIC caused the Casa Madrona Hotel to be re-appraised in June 2009.

7. An appraisal of PGP Valuation, Inc. concluded that the value of the hotel on June 1, 2009 was $12,200,000. A true and correct copy of the transmittal letter for the appraisal report of PGP Valuation, Inc. is attached to this declaration as Exhibit CF3.

8. In preparation for the November 12, 2009 Final Hearing on the FDIC's first motion for relief from stay, the FDIC again caused the Casa Madrona Hotel to be re-appraised in October 2009.

9. An appraisal by PGP Valuation, Inc. concluded that the value of the hotel on October 15, 2009 was $11,000,000. A true and correct copy of the transmittal letter dated

November 3, 2009 for the appraisal report of PGP Valuation, Inc. is attached to this declaration as Exhibit CF4.

10. The FDIC has filed a claim against the Debtor in this case in the amount of $63,634,928. A true and correct copy of the FDIC's proof of claim is attached hereto as Exhibit CF5.

11. The total claim includes draws the Debtor made against a loan account of $29,550,000, additional loans of related entities the Debtor assumed, and interest and charges on the loans, all of which is secured by and Amended and Restated Deed of Trust recorded June 29, 2007 in Marin County.

12. A component of the total claim of the FDIC is the original $12,000,000 which was loaned to the Debtor in 2005, plus draws against the $29,550,000 loan account to pay interest on the $12,000,000 loan, unpaid interest that has accrued since June 2007, advances made by the FDIC on behalf of the Debtor for transient occupancy taxes, and various fees and charges as enumerated in the proof of claim. The amount due and owing as of August 10, 2009, solely on account of the original $12,000,000 is $17,743,306.25, as shown in the Payoff Statement attached hereto as Exhibit CF6.

I declare under penalty of perjury under the law of the State of Georgia that the foregoing is true and correct to the best of my knowledge, and that I would be competent to so testify.

Executed on December 29, 2009, at Alpharetta, Georgia.

_____
Charles P. Farrell, Jr.

243829_1.DOC

Case No. 09-12536

DECLARATION OF CHARLES P. FARRELL, JR. IN SUPPORT OF FDIC'S SECOND MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Case: 09-12536   Doc# 131   Filed: 12/30/09   Entered: 12/30/09 10:49:21   Page 3 of 3