FRIEDMAN DUMAS & SPRINGWATER LLP
ANDREA T. PORTER (S.B. NO. 095984)
M. ELAINE HAMMOND (S.B. NO. 197444)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044

Attorneys for Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>MHG CASA MADRONA HOTEL, LLC,<br><br>Debtor. | Chapter 11 Case No. 09-12536<br><br>**FIRST AND FINAL APPLICATION FOR ORDER AUTHORIZING COMPENSATION OF FRIEDMAN DUMAS & SPRINGWATER LLP AS COUNSEL FOR CHAPTER 11 TRUSTEE**<br><br>Date: April 2, 2010<br>Time: 10:30 a.m.<br>Place: 99 South "E" Street<br>Santa Rosa, California |

**TO THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY JUDGE:**

Friedman Dumas & Springwater LLP ("FD&S"), Reorganization Counsel for Randy Michelson, Chapter 11 trustee (the "Trustee) in the above-captioned case of MHG Casa Madrona Hotel, LLC, (the "Debtor), submits this first and final application for compensation for fees and reimbursement as of expenses as counsel for the Trustee.

### RELIEF REQUESTED

FD&S seeks an order allowing compensation for services rendered and reimbursement of expenses incurred. FD&S incurred $25,666.00 in fees, and $108.22 in

expenses for a total of $25,774.22 during the period from December 1, 2009 through March 2, 2010.

## I.
## CASE BACKGROUND AND STATUS

A. **The Chapter 11 Case**

The Federal Deposit Insurance Corporation ("FDIC") as receiver for Integrity Bank, filed a complaint against the Debtor in the United States District Court for the Northern District of California and, in April 2009, that court appointed Mr. Kyle Green as receiver for the Casa Madrona Hotel (the "Hotel"), a property operated by the Debtor in Sausalito, California. The FDIC also began a non-judicial foreclosure action against the Debtor.

The Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code on August 10, 2009. The Office of the United States Trustee appointed the Trustee pursuant to orders of the Court entered on October 5 and October 8, 2009. The Trustee operated the Hotel in accordance with section 1108 of the Bankruptcy Code until the FDIC foreclosed its lien on substantially all of the assets of the Debtor.

On January 21, 2010, the Court entered its order appointing FD&S as counsel to the Trustee in the Chapter 11 cases. FD&S received no retainer. This is the first and final fee application of FD&S in the Chapter 11 cases. There is sufficient cash in the estate to pay all administrative claims and turn the balance over to CMSC Ventures, LLC, the purchaser at the foreclosure sale of the Hotel and other assets of the estate.

## II.
## SUMMARY OF FEES AND EXPENSES

A. **Fees by Project Category**

The work performed by FD&S in this case is summarized below by billing category. A detailed record of services is reflected in the time records attached as Exhibit A to the declaration of Andrea T. Porter filed herewith (the "Porter Declaration"). Pursuant to Guideline 4, the following chart summarizes categories of services FD&S provided and

renders an accounting of the time and dollars expended in each category. Section V, below, is a narrative summary for each of the categories for which services were provided.

| Project Category | Hours | Fees Requested |
|---|---|---|
| B110 – Case Administration | 9.0 | $ 4,194.00 |
| B130 – Asset Disposition | 10.1 | 4,731.00 |
| B140 – Relief from Stay/Adequate Protection | 5.3 | 2,544.00 |
| B150 – Meetings of /Communications with Creditors | .4 | 192.00 |
| B160 – Fee/Employment Applications FD&S | 9.1 | 3,542.00 |
| B161 – Fee/Employment Applications of Others | 14.0 | 6,464.00 |
| B170 – Objection to Employment Application | .8 | 360.00 |
| B185 – Assumption/Rejection of Real Property Leases | 4.3 | 2,064.00 |
| B200 – Business Operations | 3.9 | 1,575.00 |
| TOTAL | 56.9 | $25,666.00 |

B.   **Fees by Professional**

The persons assigned to this matter, their hourly rates, and brief descriptions of their responsibilities are set forth below. FD&S adjusted its hourly rates effective January 1, 2010. FD&S expended 41.9 hours in the representation of the Debtors, at an average hourly rate of $444.05.

| Professional | Rate | Hours | Total |
|---|---|---|---|
| Andrea T. Porter (ATP) Of Counsel | $450/480 | 50.3 | $23,505.00 |
| M. Elaine Hammond (MEH) Partner | $400/430 | 4.1 | 1,661.00 |
| Katherine Hollander (KGH) Paralegal | $200 | 2.5 | 500.00 |
| TOTAL | | 56.9 | $25,666.00 |

C.  **Summary of Expenses**

The total expenses incurred by FD&S during the Application Period were $108.22. A summary of the expenses incurred is listed by category below. Detailed information regarding the expenses is attached as Exhibit B to the Porter Declaration.

| Description | Amount |
|---|---|
| Photocopying – In House | $ 2.80 |
| Telephone | .07 |
| Postage | 49.80 |
| Out of Town Travel | 55.55 |
| **TOTAL** | **$108.22** |

D.  **Compliance with the Guidelines.**

As stated in the Porter Declaration, FD&S believes this application is in substantial complince with the fee and expense Guidelines of this District. A copy of the letter transmitting this application to the Trustee is attached hereto as Exhibit A.

## III.

## DESCRIPTION OF SERVICES BY PROFESSIONAL

Andrea T. Porter (ATP), of counsel, billed time at between $450 and $480 per hour for this case. She is an experienced insolvency attorney and has represented debtors and creditors in reorganizations for more than twenty-five years. Ms. Porter was primarily responsible for the case, for negotiations with the real property broker and discussions with the FDIC, and for advising the Trustee regarding the transfer of any remaining assets to the buyer at the foreclosure sale and the dismissal of the Chapter 11 case instead of a conversion to a case under Chapter 7 with no funds or responsibilities for a Chapter 7 trustee.

M. Elaine Hammond (MEH), a partner, billed time at between $350 and $400 per hour for the cases. Ms. Hammond has ten years of experience in all aspects of business reorganizations and liquidations in Chapter 11 cases for debtors, secured and unsecured

creditors, committees, and trustees. Ms. Hammond assisted the Trustee with the negotiation and preparation of the management agreement for the Hotel.

Katherine Hollander (KGH), the legal assistant, received a B.A. from the University of Redlands, Johnston College in 1981. She was a legal secretary at the firm of Murphy, Sheneman, Julian & Rogers from 1985 to 1989. From 1989 to 1999, she was a case investigator at the California Appellate Project. She returned to the Murphy firm in 1999 and has been with Friedman Dumas & Springwater LLP from its founding in 2003 as both a legal secretary and a legal assistant. She became a full-time paralegal in August 2007. Her customary billing rate is $200 per hour during the period covered by this application. Ms. Hollander assisted with the preparation of this application.

## IV.

## DESCRIPTION OF SERVICES BY BILLING CATEGORY

A.  Category B110 – Case Administration

Ms. Porter was the attorney primarily responsible for the management of the Chapter 11 case. She reviewed the case history after the appointment of the Trustee and, after the FDIC's foreclosure, worked with the Trustee and parties in interest to pay for the cost of the State court receivership and administrative expenses of the Chapter 11 and close the case.

| Professional | Hours | Amount |
| --- | --- | --- |
| Andrea T. Porter | 9.0 | $4,194.00 |
| **TOTAL** | **9.0** | **$4,194.00** |

B.  Category B130 – Asset Disposition

Ms. Porter met with the Trustee and the Trustee and CB Richard Ellis to determine marketing strategy to maximize recovery in a sale of the Hotel under 363 of the Bankruptcy Code. The Hotel generated interest across the country although the FDIC revised its recovery strategy in December and foreclosed its interest in the property on February 2,

2010. Ms Porter subsequently prepared a motion to abandon any remaining assets to the purchaser at the foreclosure sale.

| Professional | Hours | Amount |
|---|---|---|
| Andrea T. Porter | 10.1 | $4,731.00 |
| TOTAL | 10.1 | $4,731.00 |

C.  Category B140 – Relief from Stay/Adequate Protection

Ms. Porter responded to the FDIC's motion for relief from stay to foreclose on the property and appeared at the hearing on the motion.

| Professional | Hours | Amount |
|---|---|---|
| Andrea T. Porter | 5.3 | $,2,544.00 |
| TOTAL | 5.3 | $2,544.00 |

D.  Category B150 – Meetings of and Communications with Creditors

Ms. Porter discussed the FDIC's document subpoena with counsel for the FDIC.

| Professional | Hours | Amount |
|---|---|---|
| Andrea T. Porter | 0.4 | $192.00 |
| TOTAL | 0.4 | $192.00 |

E.  Category B160 – Fee/Employment Applications for FD&S

Ms. Porter prepared the FD&S employment application for FD&S and discussed the possibility of a conflict with counsel for the FDIC. When the FDIC advised that it required three months to waive a conflict, FD&S (believing that none actually existed) advised counsel for the FDIC that it would proceed with its application. The FDIC objected and requested a hearing. Ms. Hollander and Ms. Porter prepared this fee application. FD&S spent 2.6 hours of the time in this category on the preparation of the application for a total of $41,652, which is 5.8% of the total of $25,666 sought by the application.

| Professional | Hours | Amount |
|---|---|---|
| Andrea T. Porter | 6.6 | $3,042.00 |
| Katherine Hollander | 2.5 | $500.00 |
| TOTAL | 9.1 | $3,542.00 |

F.     **Category B161 – Fee/Employment Applications of Other Professionals**

Ms. Porter prepared employment applications for Garwahl Chan & Williams ("GC&W") and CB Richard Ellis ("CBRE"), prepared the fee applications of GC&W and assisted with the application of CBRE. She also worked with the State court receiver's counsel to provide for payment of the receiver's fees and expenses for himself and counsel as the funds held by the receiver had been turned over to the Trustee.

| Professional | Hours | Amount |
|---|---|---|
| Andrea T. Porter | 13.8 | 6,378.00 |
| M. Elaine Hammond | .2 | $86.00 |
| TOTAL | 14.0 | $6,464.00 |

G.     **Category B170 – Opposition to Fee/Employment Applications**

Ms. Porter discussed a possible conflict with counsel for the FDIC and set all of the applications for FD&S, GC&W and CBRE for a hearing after the FDIC objected to the FD&S application and requested a hearing.

| Professional | Hours | Amount |
|---|---|---|
| Andrea T. Porter | .8 | $360.00 |
| TOTAL | .8 | $360.00 |

H.  **Category B185 – Assumption/Rejection Contracts and Leases**

Ms. Porter prepared a motion to reject the Poggio restaurant lease and the executory contract for valet parking at the request of the purchaser at the foreclosure sale.

| Professional | Hours | Amount |
|---|---|---|
| Andrea T. Porter | 4.3 | $2,064.00 |
| TOTAL | 4.3 | $2,064.00 |

I.  **Category B200 – Business Operations**

Ms. Hammond reviewed and revised the Hotel's receivership management agreement.

| Professional | Hours | Amount |
|---|---|---|
| M. Elaine Hammond | 3.9 | $1,560.00 |
| TOTAL | 3.9 | $1,560.00 |

V.

**CONCLUSION**

WHEREFORE, FD&S respectfully requests that the Court enter an order approving fees of FD&S in the amount of $25,666.00 and expenses in the amount of $108.22, for total fees and expenses in the amount of $25,774.22.

Dated: March 3, 2010                      FRIEDMAN DUMAS & SPRINGWATER LLP

                                          By:  /s/ Andrea T. Porter
                                               Andrea T. Porter

# EXHIBIT A

## COPY OF LETTER TRANSMITTING APPLICATION

# FRIEDMAN/DUMAS & /SPRINGWATER LLP

150 Spear Street
Suite 1600
San Francisco
California 94105

T 415.834.3800
F 415.834.1044

www.friedumspring.com

Andrea T. Porter
DD 415.834.3805

March 3, 2010

Ms. Randy Michelson
Michelson Law Group
150 Spear Street, Suite 1600
San Francisco, CA 94105

Re: <u>MRG Casa Madrona Hotel, Chapter 11 Case No. 09-12536</u>

Dear Randy :

    Attached is a copy of our final application for fees in the amount of $25,666 and costs of $108.22 in the above-referenced Chapter 11 case.

Sincerely,

*[signature]*

Andrea T. Porter

encl.

ATP/ods