| | |
|---|---|
| 1 | FRIEDMAN DUMAS & SPRINGWATER LLP |
| | ANDREA T. PORTER (S.B. NO. 095984) |
| 2 | M. ELAINE HAMMOND (S.B. NO. 197444) |
| | 150 Spear Street, Suite 1600 |
| 3 | San Francisco, CA 94105 |
| | Telephone Number: (415) 834-3800 |
| 4 | Facsimile Number: (415) 834-1044 |
| 5 | Counsel for Chapter 11 Trustee |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In re | Chapter 11 Case No. 09-12536 |
| MHG CASA MADRONA HOTEL, LLC, | **FIRST AND FINAL APPLICATION FOR ORDER AUTHORIZING COMPENSATION OF GARHWAL, CHAN & WILLIAMS AS ACCOUNTANT FOR CHAPTER 11 TRUSTEE** |
| Debtor. | |
| | Date: April 2, 2010 |
| | Time: 10:30 a.m. |
| | Place: 99 South "E" Street |
| | Santa Rosa, California |

**TO THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY JUDGE:**

Garhwal, Chan & Williams ("GC&W") duly-appointed accountant for Randy Michelson, Chapter 11 trustee (the "Trustee") in the above-captioned case of MHG Casa Madrona Hotel, LLC, submits this first and final application for an order, under section 330 of the Bankruptcy Code.

{00496712.DOC v 1}

FEE APPLICATION OF
GARHWAL, CHAN & WILLIAMS

The Court authorized the Trustee to engage GC&W effective as of December 15, 2009. Since that date, GC&W has performed limited services including meetings with the Trustee, telephone discussions with the Trustee and Ms. Wong of the Internal Revenue Service, and the review of the Trustee's monthly operating report for January 2010.

GC&W has incurred limited fees in the total amount of $969.00 and no expenses for this representation.

WHEREFORE, Garhwal, Chan and Williams requests the Court to authorize the Trustee to pay the firm $969.00 and for such other relief as is appropriate.

Dated: March 3, 2010

FRIEDMAN DUMAS & SPRINGWATER LLP

By: */s/ Andrea T. Porter*
Andrea T. Porter
Counsel for the Trustee